UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
EFRAT INVESTMENTS LLC, *individually and on* :
*behalf of all others similarly situated*, :
: 23-CV-5764 (JMF)
Plaintiff, :
: ORDER REGARDING
-v- : NOTICE TO PURPORTED
: PLAINTIFF CLASS
HUB CYBER SECURITY LTD., : MEMBERS
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 6, 2023, Plaintiff filed a putative class action on behalf of all Legacy HUB stockholders who acquired HUB stock through its merger with Mount Rainier Acquisition Corp. Docket No. 1. ("Compl."), ¶¶ 1, 29. The Complaint alleges violations of Section 12(a)(2) of the Securities Act of 1933.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than August 3, 2023**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: July 10, 2023
New York, New York                                    _____
                                                      JESSE M. FURMAN
                                                      United States District Judge