| | |
|---|---|
| EFRAT INVESTMENTS LLC, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>-against-<br><br>HUB CYBER SECURITY LTD., et al,<br><br>        Defendants.<br>_____<br>DUSTIN GREEN, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>-against-<br><br>HUB CYBER SECURITY LTD., et al,<br><br>        Defendants. | 23-CV-05764 (AS)<br>23-cv-06668 (AS)<br><br><u>ORDER REGARDING NOTICE</u> |

ARUN SUBRAMANIAN, United States District Judge:

  On August 7, 2023, Plaintiff in *Efrat Investments LLC v. Hub Cyber Security*, Case No. 1:23-cv-05764 (S.D.N.Y), filed a letter notifying the Court of a related case, *Green v Hub Cyber Security Ltd.*, Case No. 1:23-cv-06668 (S.D.N.Y.). 23-cv-05764, ECF No. 14. In that letter, Plaintiff asserted that publishing notice in the later-filed case was not necessary because the claims "arise out of the same core facts." *Id.*

  The *Green* Complaint covers a broader class and class period. *Compare Efrat*, 23-cv-05764, ECF No. 8 (describing class as "[i]nvestors who acquired HUB securities as a result of [its] Merger [with Mount Rainier Acquisition Corp.]")*, with Green*, 23-cv-06668, ECF No. 1, ¶¶ 1, (describing class to include, among others, persons that "acquired Mount Rainier or U.S.-listed HUB securities between May 23, 2022 and June 13, 2023"). So it is "likely that individuals who could now be considered potential lead plaintiffs would have disregarded the earlier notice." *See Hachem v. Gen. Elec. Inc.*, 2018 WL 1779345, at *1-2 (S.D.N.Y. Apr. 12, 2018).

  Accordingly, this Court ORDERS the Plaintiff in *Green* to publish a new notice, "**[n]ot later than 20 days after the date on which the complaint [was] filed**," consistent with Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act. Plaintiff shall advise the Court in writing of the date and manner in which it published this notice **no later than Monday, August 28, 2023 at 5:00 p.m.**.

The Court will set a new schedule for lead plaintiff motion practice in both *Efrat* and *Green* after receiving notification of the date of publication in *Green*. The motion hearing in *Efrat* set for October 3, 2023, is hereby ADJOURNED and will be rescheduled by subsequent order. *See* 23-cv-05764, ECF No. 9.

SO ORDERED.

Dated: August 9, 2023  
New York, New York

ARUN SUBRAMANIAN  
United States District Judge