UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EFRAT INVESTMENTS LLC, Individually and on Behalf of all Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HUB CYBER SECURITY LTD.,<br><br>     Defendant. | Civil Action No. 1:23-cv-05764-AS<br><br>CLASS ACTION |
| DUSTIN GREEN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HUB CYBER SECURITY LTD. f/k/a HUB CYBER SECURITY (ISRAEL) LTD., EYAL MOSHE, HUGO GOLDMAN, UZI MOSCOVICH, ZEEV ZELL, MOSHE RAINES, MANISH AGARWAL, and MOTI FRANKO,<br><br>     Defendant. | Civil Action No. 1:23-cv-06668-AS<br><br>CLASS ACTION |

**THE HUB INVESTOR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that, on the date and time designated by the Court, Efrat Investments LLC ("Efrat") and Gerard Smith ("Smith" and, with Efrat, the "HUB Investor Group"), upon the Declaration of Michael J. Klein, dated October 16, 2023, and the exhibits annexed thereto, the accompanying Memorandum of Law, all of the prior pleadings herein, and such other evidence as the Court may consider at the hearing on this motion, hereby respectfully move this Court for an order in the form filed herewith: (i) consolidating the above-captioned

- 1 -

actions; (ii) appointing (a) Efrat as lead plaintiff pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), on behalf of Hub Cyber Security (Israel) Ltd. ("Legacy HUB") holders who acquired the Hub Cyber Security Ltd. ("HUB" or the "Company") common stock through Legacy HUB's merger (the "Merger") with Mount Rainier Acquisition Corp. ("Mount Rainier"); (b) Smith as lead plaintiff pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), on behalf of Mount Rainier investors who acquired the Company's securities pursuant and/or traceable to the Offering Documents (as defined in the complaint filed in the above-captioned *Green* Action) , and; (c) Smith as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on behalf of persons and entities that purchased or otherwise acquired Mount Rainier or U.S.-listed HUB securities between March 23, 2022 and June 13, 2023, both dates inclusive (the "Class Period"); (iii) approving the HUB Investor Group's selection of the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel for the class; and (iv) for any such further relief as the Court may deem just and proper.

DATED:  October 16, 2023                      ABRAHAM, FRUCHTER
                                                        & TWERSKY, LLP

                                              *s/ Michael J. Klein*
                                              Jack G. Fruchter
                                              Michael J. Klein
                                              450 Seventh Avenue, 38th Floor
                                              New York, NY 10123
                                              Tel:  (212) 279-5050
                                              Fax: (212) 279-3655
                                              jfruchter@aftlaw.com
                                              mklein@aftlaw.com

                                              *Attorneys for Movants*