UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EFRAT INVESTMENTS LLC, Individually and on Behalf of all Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HUB CYBER SECURITY LTD.,<br><br>        Defendant. | Civil Action No. 1:23-cv-05764-AS<br><br>CLASS ACTION |
| DUSTIN GREEN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HUB CYBER SECURITY LTD. f/k/a HUB CYBER SECURITY (ISRAEL) LTD., EYAL MOSHE, HUGO GOLDMAN, UZI MOSCOVICH, ZEEV ZELL, MOSHE RAINES, MANISH AGARWAL, and MOTI FRANKO,<br><br>        Defendant. | Civil Action No. 1:23-cv-06668-AS<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING THE
HUB INVESTOR GROUP'S MOTION FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Having considered the Motion of Efrat Investments LLC ("Efrat") and Gerard Smith ("Smith" and, with Efrat, the "HUB Investor Group") for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

- 1 -

2.      The above-captioned actions are consolidated for all purposes.  All future filings in the consolidated action shall be made in Case No. 1:23-cv-05764-AS, under the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: HUB CYBER SECURITY LTD. Securities Litigation | Civil Action No. 1:23-cv-05764-AS <br><br> <u>CLASS ACTION</u> |

3.      Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B) and 15 U.S.C. §78u-4(a)(3)(B), Efrat is appointed lead plaintiff on behalf of Hub Cyber Security (Israel) Ltd. ("Legacy HUB") holders who acquired the Hub Cyber Security Ltd. ("HUB" or the "Company") common stock through Legacy HUB's merger (the "Merger") with Mount Rainier Acquisition Corp. ("Mount Rainier"); (b) Smith is appointed lead plaintiff on behalf of Mount  Rainier investors who acquired the Company's securities pursuant and/or traceable to the Offering Documents (as defined in the complaint filed in the above-captioned *Green* Action) , and; (c) Smith is appointed lead plaintiff on behalf of persons and entities that purchased or otherwise acquired Mount Rainier or U.S.-listed HUB securities between March 23, 2022 and June 13, 2023, both dates inclusive;

4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the HUB Investor Group's selection of Counsel is approved, and Abraham, Fruchter & Twersky, LLP is appointed as Lead Counsel.

IT IS SO ORDERED.

DATED:  _____          _____
                                                          THE HONORABLE ARUN SUBRAMANIAN
                                                          UNITED STATES DISTRICT JUDGE

- 2 -