UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EFRAT INVESTMENTS LLC, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HUB CYBER SECURITY LTD., <br><br> Defendant. | Civil Action No. 1:23-cv-05764-AS <br><br> <u>CLASS ACTION</u> |
| DUSTIN GREEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HUB CYBER SECURITY LTD. f/k/a HUB CYBER SECURITY (ISRAEL) LTD., EYAL MOSHE, HUGO GOLDMAN, UZI MOSCOVICH, ZEEV ZELL, MOSHE RAINES, MANISH AGARWAL, and MOTI FRANKO, <br><br> Defendant. | Civil Action No. 1:23-cv-06668-AS <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF MICHAEL J. KLEIN IN SUPPORT OF THE HUB INVESTOR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT <u>AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, Michael J. Klein, declare:

1.    I am Of Counsel with the law firm Abraham, Fruchter & Twersky, LLP, and admitted to practice before this Court.  I submit this Declaration in support of the HUB Investor Group's motion for: (i) appointment as Lead Plaintiff pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; and (ii) approval of its selection of the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel for the class.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed in *Efrat Investments LLC v. Hub Cyber Security Ltd.*, Docket No. 1:23-cv-05764 (S.D.N.Y.) (the "*Efrat* Action") on July 6, 2023.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the Complaint filed in *Green v. Hub Cyber Security Ltd. et al*, Docket No. 1:23-cv-06668 (S.D.N.Y.) (the "*Green* Action") on July 31, 2023.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the notice of pendency of the *Efrat* Action published over *Globe Newswire*, a national, business-oriented news wire service, on July 6, 2023.

5.    Attached hereto as Exhibit 4 is a true and correct copy of the notice of pendency of the *Green* Action published over *PRNewswire*, a national, business-oriented news wire service, on August 16, 2023.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the certification executed by Gerard Smith ("Smith") which demonstrates his class standing and requisite financial interest in the outcome of the litigation.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the certification executed on behalf of Efrat Investments LLC ("Efrat") which demonstrates its class standing and requisite financial interest in the outcome of the litigation.

8.      Attached hereto as Exhibits 7 and 8 are loss charts for Efrat and Smith, respectively.

9.      Attached hereto as Exhibit 9 is a true and correct copy of a joint declaration on behalf of Efrat and Smith.

10.     Attached hereto as Exhibit 10 is a true and correct copy of the firm resume of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of October 2023, at New York, New York.

*s/ Michael J. Klein*
Michael J. Klein