# EXHIBIT 3



**Source:** *Abraham, Fruchter & Twersky, LLP*

*July 06, 2023 13:54 ET*

# Abraham, Fruchter & Twersky LLP Announces the Filing of a Class Action Lawsuit on Behalf of Investors who Acquired Shares of Hub Cyber Security Ltd. (NASDAQ: HUBC) in Exchange for Shares of Hub Cyber Security (Israel) Ltd.

NEW YORK, July 06, 2023 (GLOBE NEWSWIRE) -- Abraham, Fruchter & Twersky, LLP (www.aftlaw.com), a nationally recognized law firm that focuses on protecting investors' rights, announces the filing of a class action lawsuit on behalf of investors who received Hub Cyber Security Ltd. ("HUB" or the "Company") (NASDAQ:HUBC) stock in exchange for shares of Hub Cyber Security (Israel) Ltd. ("Legacy HUB") in connection with the Legacy HUB's merger (the "Merger") with Mount Rainier Acquisition Corp. ("Mount Rainier").

The complaint filed brings one claim against the Company pursuant to Section 12(a)(2) of the Securities Act of 1933 on behalf of persons who received HUB stock in the Merger.

Investors who acquired HUB securities as a result of the Merger may, *not later than 60 days after the date on which the notice is published,* move the Court to serve as lead plaintiff for the class, through Abraham, Fruchter & Twersky LLP or other counsel, or may choose to do nothing and remain an absent class member. Abraham, Fruchter & Twersky, LLP encourages investors who acquired HUB securities as a result of the Merger to contact the firm directly to acquire more information.

If you received shares of HUB common stock as a result of the Merger and are interested in learning more about the investigation or your legal rights and remedies, please contact Jack G. Fruchter or Michael J. Klein by email at JFruchter@aftlaw.com and MKlein@aftlaw.com, or telephone at (212) 279-5050. There is no cost or obligation to you.

Abraham, Fruchter & Twersky, LLP (www.aftlaw.com), is a law firm based in New York and maintaining an office in California with extensive experience in litigating on behalf of investors.

Attorney advertising. Prior results do not guarantee similar outcomes.

If you have any questions about this Notice, the action, your rights or your interests, please contact:

Jack G. Fruchter, Esq.
Michael J. Klein, Esq.
Abraham, Fruchter & Twersky, LLP
450 Seventh Avenue, 38th Floor
New York, New York 10123
Tel: (212) 279-5050, Ext. 1601 or 1608
Fax: (212) 279-3655
Email: JFruchter@aftlaw.com
MKlein@aftlaw.com