# EXHIBIT 6

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

Pinny Rotter, as Chief Investment Officer of Efrat Investments LLC ("Efrat Investments") and having the authority to provide this certification and initiate and pursue litigation on behalf of Efrat Investments on an individual or representative basis, hereby certifies as follows:

1.      I have reviewed the Complaint filed by Efrat Investments in this action and have authorized its filing by counsel on behalf of Efrat Investments.  I have also reviewed the complaint filed in *Green v. Hub Cyber Security Ltd. et al*, Docket No. 1:23-cv-06668.

2.      I have personal knowledge of the investments made by Efrat Investments in my role as its Chief Investment Officer and Efrat Investments did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in this action.

3.      Efrat Investments is willing to serve as representative parties on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Efrat Investments acquired 66,256 shares of Hub Cyber Security Ltd. in connection with Hub Cyber Security (Israel) Ltd.'s merger with Mount Rainer Acquisition Corp. The attached Exhibit A lists all of Efrat Investments' transactions in HUB securities (including those of its predecessors) during the Class Period as specified in the Complaints.

5.      Efrat Investments has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to this date, except for:

*Kolominsky v. Root, Inc et al*, Docket No. 2:21-cv-01197 (S.D. Ohio).

6.      Efrat Investments will not accept any payment for serving as class representative beyond its pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury t hat the foregoing is true and correct.  Executed this

._10___ day of October, 2023

Pinny Rotter

# EXHIBIT A

| Transaction | Security | Date | Shares | Price |
|---|---|---|---|---|
| Bought | HUB | 02/19/2023 | 1,000 | ILS 5.7016 |
| Bought | HUB | 02/19/2023 | 2,000 | ILS 5.7006 |
| Bought | HUB | 02/19/2023 | 2,000 | ILS 5.7008 |
| Bought | HUB | 02/19/2023 | 2,000 | ILS 5.5000 |
| Bought | HUB | 02/20/2023 | 2,000 | ILS 5.5000 |
| Bought | HUB | 02/20/2023 | 2,000 | ILS 5.2000 |
| Bought | HUB | 02/21/2023 | 1,000 | ILS 5.1782 |
| Bought | HUB | 02/21/2023 | 1,000 | ILS 5.1790 |
| Bought | HUB | 02/21/2023 | 2,000 | ILS 5.3700 |
| Bought | HUB | 02/21/2023 | 2,000 | ILS 5.3700 |
| Bought | HUB | 02/21/2023 | 2,000 | ILS 5.3700 |
| Bought | HUB | 02/21/2023 | 2,000 | ILS 5.3700 |
| Bought | HUB | 02/21/2023 | 2,000 | ILS 5.7000 |
| Bought | HUB | 02/21/2023 | 2,000 | ILS 5.7290 |
| Bought | HUB | 02/21/2023 | 861 | ILS 5.6500 |
| Bought | HUB | 02/21/2023 | 1,139 | ILS 5.7200 |
| Bought | HUB | 02/21/2023 | 1,500 | ILS 5.6390 |
| Bought | HUB | 02/21/2023 | 1,500 | ILS 5.6390 |
| Bought | HUB | 02/21/2023 | 5,000 | ILS 5.7142 |
| Bought | HUB | 02/22/2023 | 2,000 | ILS 5.7900 |
| Bought | HUB | 02/22/2023 | 2,000 | ILS 5.8800 |
| Bought | HUB | 02/22/2023 | 5,000 | ILS 5.9900 |
| Bought | HUB | 02/22/2023 | 2,000 | ILS 5.9500 |
| Bought | HUB | 02/22/2023 | 4,000 | ILS 5.8608 |
| Bought | HUB | 02/22/2023 | 3,000 | ILS 5.8980 |
| Bought | HUB | 02/22/2023 | 10,000 | ILS 5.8998 |
| Bought | HUB | 02/22/2023 | 2,000 | ILS 5.9066 |
| Bought | HUB | 02/22/2023 | 4,000 | ILS 5.9400 |
| Bought | HUB | 02/22/2023 | 5,000 | ILS 5.8000 |
| Bought | HUB | 02/22/2023 | 2,500 | ILS 5.7000 |
| Bought | HUB | 02/22/2023 | 5,000 | ILS 5.7680 |
| Bought | HUB | 02/22/2023 | 4,500 | ILS 5.7787 |
| Bought | HUB | 02/22/2023 | 4,000 | ILS 5.7798 |
| Bought | HUB | 02/22/2023 | 3,000 | ILS 5.7800 |
| Deliver (Split 0.712434/1) | HUB | 02/26/2023 | (26743.638) | |
| Fractional Share Sold | HUB | 02/26/2023 | (0.362) | ILS 8.2900 |
| Sold Short * | RNER | 03/01/2023 | (20,000) | $5.3064 |
| Delivered | RNER | 03/01/2023 | 20,000 | |
| Received | HUBC | 03/01/2023 | (17,980) | |
| Delivered ** | HUB | 03/08/2023 | (66,256) | |
| Received ** | HUBC | 03/08/2023 | 66,256 | |
| Cover Short (Jnl Entry) *** | HUBC | 03/09/2023 | (17,980) | $1.4900 |
| Sold | HUBC | 03/17/2023 | (5,000) | $3.0011 |

\* 5.306 price calculated based on Amount and Shares reported

\*\* Reported on 03/14/2023

\*\*\* Using Closing Price on 03/09/2023