# EXHIBIT 7

| Efrat Investments Gain/(Loss) Chart | | | | | |
|---|---|---|---|---|---|
| **Transaction** | **Security** | **Date** | **Shares** | **Price** | **Amount** |
| 34 Purchases 02/19/2023 - 02/22/2023 | HUB | | 93,000 | | (ILS 533,399.19) |
| Split 0.712434/1 | HUB | 02/26/2023 | (26,743.638) | | |
| Fractional Share Sale | HUB | 02/26/2023 | (0.362) | 8.2900 | ILS 3.00 |
| Net Holdings | HUB | 02/26/2023 | 66,256 | | (ILS 533,396.19) |
| Net Holdings USD | HUB | 02/26/2023 | 66,256 | | ($147,252.38) |
| | | | | | |
| Sold Short * | RNER | 03/01/2023 | (20,000) | 5.3064 | $106,127.14 |
| Short Exchange (RNER-HUBC merger) | RNER | 03/01/2023 | 20,000 | | |
| Short Exchange (RNER-HUBC merger) | HUBC | 03/01/2023 | (17,980) | | |
| | | | | | |
| Delivered in Merger in exc for HUBC ** | HUB | 03/08/2023 | (66,256) | | |
| Received from Merger in exc for HUB ** | HUBC | 03/08/2023 | 66,256 | | |
| Cover Short (Jnl Entry reducing Net Holdings) *** | HUBC | 03/09/2023 | (17,980) | 1.4900 | ($26,790.20) |
| Sold | HUBC | 03/17/2023 | (5,000) | 3.0011 | $15,005.50 |
| Current Holdings - Net Short Sale/Cover **** | HUBC | 09/11/2023 | 43,276 | 0.4557 | $19,720.87 |
| Gain (Loss) - net short sale | | | | | **($33,189.07)** |

* 5.306 price calculated based on Amount and Shares; **fits in Price Range of trading on 02/28/2023**

** Reported on 03/14/2023

*** Using Closing Price on 03/09/2023

**** 90 Day Post CP Avg Closing Price