# EXHIBIT 8

**Smith Investments Gain/(Loss) Chart**

| Ticker | Transaction | Trade Date | Number Shares | Shares Allocated | Price / Share | Amount |
|---|---|---|---|---|---|---|
| CLASS PERIOD START | | 03/20/2022 | 0 | | | |
| RNER | BUY | 02/27/2023 | 1,024 | 1,024 | 4.8800 | ($4,997.12) |
| RNER | BUY | 02/27/2023 | 929 | 929 | 5.3800 | ($4,998.02) |
| RNER | BUY | 02/27/2023 | 135 | 135 | 5.8999 | ($796.49) |
| RNER | BUY | 02/27/2023 | 413 | 413 | 5.3400 | ($2,205.42) |
| RNER | SELL | 02/27/2023 | (2) | (2) | 5.4000 | $10.80 |
| RNER | BUY | 02/27/2023 | 16 | 16 | 6.5000 | ($104.00) |
| RNER | SELL | 02/28/2023 | (23) | (23) | 7.0400 | $161.92 |
| RNER | BUY | 02/28/2023 | 1,470 | 1,470 | 6.8100 | ($10,010.70) |
| RNER | SELL | 02/28/2023 | (1,470) | (1,470) | 7.6300 | $11,216.10 |
| RNER | BUY | 02/28/2023 | 1,303 | 1,303 | 7.6700 | ($9,994.01) |
| RNER | BUY | 02/28/2023 | 671 | 671 | 7.4500 | ($4,998.95) |
| RNER | BUY | 02/28/2023 | 609 | 609 | 8.2100 | ($4,999.89) |
| RNER | BUY | 02/28/2023 | 612 | 612 | 8.1600 | ($4,993.92) |
| RNER | BUY | 02/28/2023 | 612 | 612 | 8.1600 | ($4,993.92) |
| RNER | BUY | 02/28/2023 | 611 | 611 | 8.1700 | ($4,991.87) |
| RNER | BUY | 02/28/2023 | 613 | 613 | 8.0700 | ($4,946.91) |
| RNER | BUY | 02/28/2023 | 634 | 634 | 7.8800 | ($4,995.92) |
| RNER | BUY | 02/28/2023 | 654 | 654 | 7.6400 | ($4,996.56) |
| RNER | BUY | 02/28/2023 | 2,416 | 2,416 | 7.4500 | ($17,999.20) |
| RNER | BUY | 02/28/2023 | 120 | 120 | 7.5000 | ($900.00) |
| RNER | SELL | 02/28/2023 | (2,492) | (2,492) | 7.0000 | $17,444.00 |
| RNER | DEL | 03/01/2023 | (8,855) | (8,855) | 0.0000 | |
| HUBC | REC | 03/01/2023 | 7,960 | 7,960 | 0.0000 | |
| HUBC | BUY | 03/01/2023 | 1 | 1 | 2.8000 | ($2.80) |
| HUBC | BUY | 03/01/2023 | 2,142 | 2,142 | 2.8000 | ($5,997.60) |
| HUBC | BUY | 03/01/2023 | 3,508 | 3,508 | 2.9500 | ($10,348.60) |
| HUBC | BUY | 03/01/2023 | 2,721 | 2,721 | 2.9400 | ($7,999.74) |
| HUBC | SELL | 03/01/2023 | (1,694) | (1,694) | 2.9500 | $4,997.30 |
| HUBC | SELL | 03/01/2023 | (1) | (1) | 2.1317 | $2.13 |
| HUBC | BUY | 03/01/2023 | 164 | 164 | 2.1299 | ($349.30) |
| HUBC | BUY | 03/01/2023 | 4 | 4 | 1.6500 | ($6.60) |
| HUBC | BUY | 03/14/2023 | 30 | 30 | 1.8000 | ($54.00) |
| HUBC | BUY | 03/14/2023 | 531 | 531 | 1.8800 | ($998.28) |
| HUBC | REC | 03/16/2023 | 1 | 1 | 0.0000 | |
| HUBC | BUY | 03/17/2023 | 751 | 751 | 2.6600 | ($1,997.66) |
| HUBC | BUY | 03/17/2023 | 9 | 9 | 2.6400 | ($23.76) |
| HUBC | BUY | 03/17/2023 | 3,914 | 3,914 | 2.8100 | ($10,998.34) |
| HUBC | SELL | 03/17/2023 | (2,600) | (2,600) | 2.8102 | $7,306.52 |
| HUBC | SELL | 03/17/2023 | (1,570) | (1,570) | 2.8101 | $4,411.86 |
| HUBC | SELL | 03/17/2023 | (100) | (100) | 2.8100 | $281.00 |
| HUBC | BUY | 03/17/2023 | 4,270 | 4,270 | 2.8100 | ($11,998.70) |
| HUBC | BUY | 03/20/2023 | 4,058 | 4,058 | 2.3900 | ($9,698.62) |
| HUBC | BUY | 03/20/2023 | 5 | 5 | 2.3790 | ($11.90) |
| HUBC | BUY | 03/20/2023 | 37 | 37 | 2.2650 | ($83.81) |

| | | | | | | |
|---|---|---|---|---|---|---|
| HUBC | BUY | 03/21/2023 | 6 | 6 | 1.9900 | ($11.94) |
| HUBC | BUY | 03/21/2023 | 5,555 | 5,555 | 1.8000 | ($9,999.00) |
| HUBC | SELL | 03/27/2023 | (5,319) | (5,319) | 1.9702 | $10,479.49 |
| HUBC | BUY | 03/27/2023 | 6,433 | 6,433 | 2.0000 | ($12,866.00) |
| HUBC | BUY | 03/27/2023 | 259 | 259 | 2.0000 | ($518.00) |
| HUBC | BUY | 03/27/2023 | 3,926 | 3,926 | 1.9900 | ($7,812.74) |
| HUBC | BUY | 04/06/2023 | 16,000 | 16,000 | 1.2500 | ($20,000.00) |
| HUBC | BUY | 04/11/2023 | 2 | 2 | 1.1900 | ($2.38) |
| HUBC | BUY | 04/11/2023 | 17,241 | 17,241 | 1.1600 | ($19,999.56) |
| HUBC | BUY | 04/11/2023 | 1 | 1 | 1.1500 | ($1.15) |
| HUBC | BUY | 04/11/2023 | 4,424 | 4,424 | 1.1300 | ($4,999.12) |
| HUBC | BUY | 04/11/2023 | 353 | 353 | 1.1300 | ($398.89) |
| HUBC | BUY | 04/20/2023 | 12,901 | 12,901 | 1.1200 | ($14,449.12) |
| HUBC | BUY | 04/20/2023 | 25 | 25 | 1.1250 | ($28.13) |
| HUBC | BUY | 04/20/2023 | 5,052 | 5,052 | 1.0900 | ($5,506.68) |
| HUBC | BUY | 04/20/2023 | 44 | 44 | 1.0900 | ($47.96) |
| HUBC | BUY | 04/21/2023 | 909 | 909 | 1.1000 | ($999.90) |
| HUBC | BUY | 04/21/2023 | 945 | 945 | 1.1100 | ($1,048.95) |
| HUBC | BUY | 04/21/2023 | 102 | 102 | 1.1188 | ($114.12) |
| HUBC | BUY | 04/24/2023 | 1,851 | 1,851 | 1.0800 | ($1,999.08) |
| HUBC | BUY | 04/24/2023 | 149 | 149 | 1.0699 | ($159.42) |
| HUBC | BUY | 04/27/2023 | 1,075 | 1,075 | 0.9301 | ($999.86) |
| HUBC | BUY | 04/27/2023 | 1,093 | 1,093 | 0.9148 | ($999.88) |
| HUBC | BUY | 05/08/2023 | 2,860 | 2,860 | 0.6354 | ($1,817.24) |
| HUBC | BUY | 05/08/2023 | 28 | 28 | 0.6389 | ($17.89) |
| HUBC | BUY | 05/10/2023 | 44 | 44 | 0.7099 | ($31.24) |
| HUBC | BUY | 05/24/2023 | 6 | 6 | 0.5850 | ($3.51) |
| HUBC | BUY | 05/24/2023 | 1,000 | 1,000 | 0.5850 | ($585.00) |
| HUBC | BUY | 05/24/2023 | 25 | 25 | 0.5850 | ($14.63) |
| HUBC | BUY | 06/05/2023 | 4 | 4 | 0.6042 | ($2.42) |
| HUBC | BUY | 06/06/2023 | 308 | 308 | 0.6181 | ($190.37) |
| HUBC | BUY | 06/06/2023 | 500 | 500 | 0.6125 | ($306.25) |
| HUBC | BUY | 06/06/2023 | 57 | 57 | 0.6100 | ($34.77) |
| CLASS PERIOD END | | 06/13/2023 | | | | |
| HUBC | BUY | 06/16/2023 | 1,818 | | 0.5500 | |
| HUBC | BUY | 06/16/2023 | 1,814 | | 0.5510 | |
| HUBC | BUY | 06/16/2023 | 368 | | 0.5600 | |
| HUBC | BUY | 06/16/2023 | 24 | | 0.5400 | |
| HUBC | BUY | 07/03/2023 | 2,336 | | 0.4280 | |
| HUBC | BUY | 07/03/2023 | 2,336 | | 0.4280 | |
| HUBC | BUY | 07/03/2023 | 2,352 | | 0.4250 | |
| HUBC | BUY | 07/03/2023 | 690 | | 0.1269 | |
| HUBC | BUY | 07/03/2023 | 3 | | 0.4101 | |
| HUBC | BUY | 07/03/2023 | 2,484 | | 0.4025 | |
| HUBC | BUY | 07/03/2023 | 1,680 | | 0.4200 | |
| HUBC | BUY | 07/10/2023 | 95 | | 0.4199 | |
| HUBC | SELL | 07/14/2023 | (118,000) | (102,000) | 0.4622 | $47,144.40 |
| GAIN (LOSS) | | | | | | ($155,002.29) |