# EXHIBIT 9

**JOINT DECLARATION OF THE HUB INVESTOR GROUP**

We, the undersigned, declare, under penalty of perjury, as follows:

1.      We are executing this Joint Declaration in support of the motion of Efrat Investments LLC ("Efrat") and Gerard Smith (collectively, the "HUB Investor Group") for appointment as Lead Plaintiff and approval of Lead Plaintiff's selection of Abraham, Fruchter & Twersky, LLP ("AF&T") to serve as lead counsel in two federal securities law class actions concerning Hub Cyber Security Ltd. ("HUBC") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  We each have personal knowledge of the information in this Joint Declaration as it pertains to each of us individually or as it pertains to the institution with which we are individually associated.

2.      I, Pinny Rotter, am the Chief Investment Officer of Efrat, a private investment vehicle holding net assets of approximately $1.5 million.  I am duly authorized to make litigation decisions and execute this Joint Declaration on Efrat's behalf.  Efrat, a member of the HUB Investor Group, suffered substantial losses in connection with its transactions in HUBC during the Class Period, as shown by the PSLRA certification previously submitted to the Court.

3.      I, Gerard Smith, am a licensed Real Estate Sales Associate.  I am a member of the HUB Investor Group and suffered substantial losses in connection with my transactions in HUBC during the Class Period, as shown on the PSLRA certification submitted with this Declaration.

4.      We understand that we are jointly seeking to be appointed as Lead Plaintiff.  We plan to communicate and work cooperatively with each other as members of the group to prosecute this action collectively as Lead Plaintiff.

5. We believe that the HUB Investor Group will best ensure that the interests of all class members will be adequately represented in an efficient and cost-effective manner. We share the same goal of obtaining the largest possible recovery for the Class.

6. We are familiar with, and understand, the requirements and responsibilities of being a Lead Plaintiff in a securities class action governed by the PSLRA. We understand our responsibility to monitor and stay fully informed of the status and progress of this action, the strengths and weaknesses of the case, and the prospects for any resolution of this matter.

7. We also understand our responsibility to direct counsel with respect to this litigation after receiving the benefit of counsel's advice. We are aware that the Lead Plaintiff has a fiduciary duty to the class as a whole, which we, each as a member of the HUB Investor Group, intend to represent fully and faithfully in order to protect the interests of the Class.

8. We will also communicate regularly with counsel and with each other regarding major litigation events, including motions to be filed, settlement discussions, trial preparation, and trial. The HUB Investor Group will communicate as a group as often as necessary to ensure the vigorous and efficient prosecution of this case. We will do so without counsel present when we feel it is necessary or appropriate.

9. We will function cohesively as a group and to that end, we have already held a conference call in which we participated along with counsel. In that conference call, we discussed the lead plaintiff motions, the merits of the action, the legal claims that have been made, litigation milestones that are likely to occur and other procedural and substantive issues. In the unlikely event there is any future *intra*-group conflict, we have agreed on procedures for resolving those conflicts.

10.     We have selected AF&T to serve as sole lead counsel based upon the familiarity of their attorneys with the claims being asserted in this action which, to our understanding, is based, in part, on having independently investigated the underlying facts, their having filed the first case, their willingness to take time to explain legal issues relating to this action, their experience and track record, and their stated intention to achieve the best possible recovery for the Class in this action.

11.     In sum, we each will do our best to maximize the recovery for the Class.  Among the reasons we will do so is because we share the same claims as all other class members, which we believe incentivizes us to protect the interests of the Class to the best of our ability.

Executed this __21_ day of September, 2023.


_____
Pinny Rotter, Chief Investment Officer
Efrat Investments LLC


Executed this ___ day of September, 2023.


_____
Gerard Smith


3

10.     We have selected AF&T to serve as sole lead counsel based upon the familiarity of their attorneys with the claims being asserted in this action which, to our understanding, is based, in part, on having independently investigated the underlying facts, their having filed the first case, their willingness to take time to explain legal issues relating to this action, their experience and track record, and their stated intention to achieve the best possible recovery for the Class in this action.

11.     In sum, we each will do our best to maximize the recovery for the Class.  Among the reasons we will do so is because we share the same claims as all other class members, which we believe incentivizes us to protect the interests of the Class to the best of our ability.

Executed this ___ day of September, 2023.


_____
Pinny Rotter, Chief Investment Officer
Efrat Investments LLC


Executed this 21__ day of September, 2023.


_____
Gerard Smith


3