**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EFRAT INVESTMENTS LLC, Individually and on Behalf of all Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>HUB CYBER SECURITY LTD.,<br><br>     Defendants. | Case No. 1:23-cv-05764-AS |
| DUSTIN GREEN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>HUB CYBER SECURITY LTD. f/k/a HUB CYBER SECURITY (ISRAEL) LTD., EYAL MOSHE, HUGO GOLDMAN, UZI MOSCOVICH, ZEEV ZELL, MOSHE RAINES, MANISH AGARWAL, and MOTI FRANKO,<br><br>     Defendants. | Case No. 1:23-cv-06668-AS |

**NOTICE OF ARYEH AGAM AND SHIMON AHARON'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Aryeh Agam and Shimon Aharon ("Agam and Aharon") respectfully moves this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Agam and Aharon as Lead Plaintiff pursuant to the Securities Exchange Act of 1934 ("Exchange Act") and the Securities Act of 1933 ("Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B) and 15 U.S.C. § 77z-1(a)(3)(B); (3) approving Agam and Aharon's selection of Glancy Prongay & Murray LLP and The Law Offices of Jacob Sabo as Co-Lead Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

Agam and Aharon seek consolidation of related actions, appointment as lead plaintiff, and approval of their choice of counsel pursuant to the Federal Rules of Civil Procedure, the Exchange Act and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Gregory B. Linkh, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: October 16, 2023

**GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

1

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**THE LAW OFFICE OF JACOB SABO**
Jacob Sabo
22a Mazzeh St.
Tel-Aviv, Israel
Telephone: (++972) 39070770

*Counsel for Aryeh Agam and Shimon Aharon, and
Proposed Co-Lead Counsel for the Class*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 16, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2023, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh