**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EFRAT INVESTMENTS LLC, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUB CYBER SECURITY LTD.,<br><br>Defendants. | Case No. 1:23-cv-05764-AS |
| DUSTIN GREEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUB CYBER SECURITY LTD. f/k/a HUB CYBER SECURITY (ISRAEL) LTD., EYAL MOSHE, HUGO GOLDMAN, UZI MOSCOVICH, ZEEV ZELL, MOSHE RAINES, MANISH AGARWAL, and MOTI FRANKO,<br><br>Defendants. | Case No. 1:23-cv-06668-AS |

**[PROPOSED] ORDER GRANTING ARYEH AGAM AND SHIMON AHARON's**
**MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS**
**LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL**

Having considered Aryeh Agam and Shimon Aharon's ("Agam and Aharon's") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Co-Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Hub Cyber Security Ltd. Securities Litigation*, Master File No. 1:23-cv-05764-AS;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B) and 15 U.S.C. § 77z-1(a)(3)(B), appoints Agam and Aharon as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v) and 15 U.S.C. § 77z-1(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP and The Law Offices of Jacob Sabo as Co-Lead Counsel for the class.


        **IT IS SO ORDERED.**


Dated: _____, 2023        _____
                                         HON. ARUN SUBRAMANIAN
                                         UNITED STATES DISTRICT JUDGE

1