**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EFRAT INVESTMENTS LLC, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUB CYBER SECURITY LTD.,<br><br>Defendants. | Case No. 1:23-cv-05764-AS |
| DUSTIN GREEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUB CYBER SECURITY LTD. f/k/a HUB CYBER SECURITY (ISRAEL) LTD., EYAL MOSHE, HUGO GOLDMAN, UZI MOSCOVICH, ZEEV ZELL, MOSHE RAINES, MANISH AGARWAL, and MOTI FRANKO,<br><br>Defendants. | Case No. 1:23-cv-06668-AS |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF ARYEH AGAM AND SHIMON AHARON'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, <u>APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Aryeh Agam and Shimon Aharon ("Agam and Aharon") and proposed Lead Counsel for the Class in the above-captioned action. I make this declaration in support of Agam and Aharon's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Agam and Aharon's Signed PSLRA Certifications and Assignments;

Exhibit B:    Analysis of Agam and Aharon's financial interest;

Exhibit C:    Joint Declaration of Agam and Aharon;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 16th day of October 2023.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 16, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2023, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh