# EXHIBIT A

## SWORN CERTIFICATION OF PLAINTIFF
## HUB CYBER SECURITY LTD. SECURITIES LITIGATION

I, Aryeh Agam, on behalf of myself and as assignee of the claims of Ohad Zangi and Adam Agam, certify that:

1. Ohad Zangi and Adam Agam have assigned to me all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that they have or may have arising from violations of the federal securities laws of the United States of America in connection with their purchases or acquisitions of Hub Cyber Security Ltd. securities.

2. I have reviewed the complaint in this action and authorize its filing and the filing of a Lead Plaintiff motion on my behalf.

3. The Hub Cyber Security Ltd. securities that are the subject of this action were not purchased at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5. My transactions, including the transactions related to claims assigned to me, in Hub Cyber Security Ltd. securities that are the subject of the complaint during the class period specified in the complaint are as follows:

   (See attached transactions)

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

12/10/23
Date

אריה אגם
arie Agam

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _12/10/23_ (the "Effective Date"), by and between Ohad Zangi ("Assignor") and Aryeh Agam ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Hub Cyber Security Ltd. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This agreement shall not be revocable, except by written consent of the Parties.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR:**

_____    _12/10/23_
Ohad Zangi                          Date

**ASSIGNEE:**

_____    _12/10/23_
Arie Agam                           Date

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___12/10/23___ (the "Effective Date"), by and between Adam Agam ("Assignor") and Aryeh Agam ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Hub Cyber Security Ltd. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This agreement shall not be revocable, except by written consent of the Parties.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR:**

_____    12/10/23
Adam Agam                  Date


**ASSIGNEE:**

_____    12/10/23
Arie Agam                  Date

**Aryeh Agam's Transactions in HUB Cyber Security Ltd. (HUBC)**

**Account 1 - Ohad Zangi***

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 78,411.20 | $10.0000 |
| 3/1/2023 | Sold | -50,000.00 | $1.6274 |
| 3/1/2023 | Sold | -28,411.00 | $1.6548 |
| 3/16/2023 | Bought | 11,666.00 | $2.5000 |
| 3/17/2023 | Bought | 10,000.00 | $3.0963 |
| 3/30/2023 | Bought | 10,000.00 | $1.3300 |
| 6/2/2023 | Sold | -31,666.00 | $0.5800 |

**Account 2 - Adam Agam***

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 27,016.92 | $10.0000 |
| 3/3/2023 | Sold | -0.92 | $1.6279 |
| 3/10/2023 | Sold | -27,016.00 | $1.6191 |
| 3/13/2023 | Bought | 2,031.00 | $1.5572 |
| 3/13/2023 | Bought | 26,282.00 | $1.5634 |
| 3/13/2023 | Bought | 5,513.00 | $1.5661 |
| 3/13/2023 | Sold | -5,287.00 | $1.6224 |
| 3/14/2023 | Bought | 10,000.00 | $1.7608 |
| 3/14/2023 | Bought | 10,000.00 | $1.8215 |
| 3/14/2023 | Bought | 19,000.00 | $1.7401 |
| 3/14/2023 | Sold | -10,000.00 | $1.8496 |
| 3/14/2023 | Sold | -10,000.00 | $1.8496 |
| 3/14/2023 | Sold | -8,000.00 | $1.9101 |
| 3/14/2023 | Sold | -9,500.00 | $1.7383 |
| 3/15/2023 | Bought | 10,000.00 | $2.1536 |
| 3/15/2023 | Sold | -10,000.00 | $2.2020 |
| 3/16/2023 | Bought | 2,241.00 | $2.5204 |
| 3/16/2023 | Bought | 21,000.00 | $3.0537 |
| 3/16/2023 | Bought | 10,000.00 | $2.2563 |
| 3/16/2023 | Sold | -10,000.00 | $2.3544 |
| 3/16/2023 | Sold | -30,039.00 | $2.3550 |
| 3/20/2023 | Bought | 11,600.00 | $2.4838 |
| 3/22/2023 | Bought | 12,963.00 | $1.8956 |
| 6/6/2023 | Sold | -3,000.00 | $0.5911 |
| 6/6/2023 | Sold | -10,000.00 | $0.5837 |
| 6/6/2023 | Sold | -34,804.00 | $0.5792 |

**Account 3 - Aryeh Agam\***

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 81,929.89 | $10.0000 |
| 3/3/2023 | Sold | -50,000.00 | $1.6988 |
| 3/3/2023 | Sold | -31,929.00 | $1.5962 |
| 3/7/2023 | Bought | 50,000.00 | $1.4848 |
| 3/7/2023 | Bought | 50,000.00 | $1.5040 |
| 3/7/2023 | Bought | 50,000.00 | $1.4582 |
| 3/7/2023 | Sold | -50,000.00 | $1.4416 |
| 3/7/2023 | Sold | -50,000.00 | $1.4086 |
| 3/7/2023 | Sold | -17,871.00 | $1.4582 |
| 3/7/2023 | Sold | -7,335.00 | $1.4681 |
| 3/7/2023 | Sold | -2,469.00 | $1.4582 |
| 3/13/2023 | Sold | -22,325.00 | $1.5563 |
| 3/15/2023 | Bought | 20,000.00 | $1.5670 |
| 3/15/2023 | Sold | -20,000.00 | $1.6641 |
| 3/16/2023 | Bought | 24,000.00 | $1.5310 |
| 3/16/2023 | Sold | -24,000.00 | $1.8175 |
| 3/17/2023 | Bought | 22,800.00 | $1.9198 |
| 3/17/2023 | Bought | 20,500.00 | $2.0998 |
| 3/17/2023 | Bought | 20,000.00 | $2.2398 |
| 3/17/2023 | Sold | -22,800.00 | $1.9160 |
| 3/17/2023 | Sold | -20,500.00 | $2.1455 |
| 3/20/2023 | Bought | 15,522.00 | $2.3086 |
| 3/20/2023 | Bought | 10,833.00 | $2.3860 |
| 3/20/2023 | Bought | 10,196.00 | $2.5351 |
| 3/20/2023 | Sold | -10,000.00 | $2.5797 |
| 3/30/2023 | Bought | 599.00 | $1.3736 |
| 6/6/2023 | Sold | -3,634.00 | $0.5927 |
| 6/6/2023 | Sold | -9,900.00 | $0.5885 |
| 6/6/2023 | Sold | -9,998.00 | $0.5886 |
| 6/6/2023 | Sold | -8,957.00 | $0.5884 |
| 6/6/2023 | Sold | -14,661.00 | $0.5889 |

\*Prices for these transactions were converted from ILS (Israeli New Shekel) to USD by multiplying the ILS price by the conversion rate of ILS to USD at close on the date of the transaction.

## SWORN CERTIFICATION OF PLAINTIFF
## HUB CYBER SECURITY LTD. SECURITIES LITIGATION

I, Shimon Aharon, on behalf of myself and as assignee of the claims of Elad Amosi, Raphael Ben Dakon, Shabtai Palomo, Zahava Palomo, Yarin Aharon, Dotan Aharon, and Lidan Aharon, certify that:

1.     Elad Amosi, Raphael Ben Dakon, Shabtai Palomo, Zahava Palomo, Yarin Aharon, Dotan Aharon, and Lidan Aharon have assigned to me all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that they have or may have arising from violations of the federal securities laws of the United States of America in connection with their purchases or acquisitions of Hub Cyber Security Ltd. securities.

2.     I have reviewed the complaint in this action and authorize its filing and the filing of a Lead Plaintiff motion on my behalf.

3.     The Hub Cyber Security Ltd. securities that are the subject of this action were not purchased at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.     I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5.     My transactions, including the transactions related to claims assigned to me, in Hub Cyber Security Ltd. securities that are the subject of the complaint during the class period specified in the complaint are as follows:

(See attached transactions)

6.     I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7.     I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

_____                    _____
12, 10, 23                                                        Shimon Aharon
Date

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___12.10.23___ (the "Effective Date"), by and between Lidan Aharon ("Assignor") and Shimon Aharon ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Hub Cyber Security Ltd. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This agreement shall not be revocable, except by written consent of the Parties.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.


**ASSIGNOR**:

_____         12.10.23
Lidan Aharon                    Date


**ASSIGNEE**:

_____         12.10.23
Shimon Aharon                   Date

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _12.10.23_ (the "Effective Date"), by and between Dotan Aharon ("Assignor") and Shimon Aharon ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Hub Cyber Security Ltd. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This agreement shall not be revocable, except by written consent of the Parties.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____          _12.10.23_
Dotan Aharon                      Date

**ASSIGNEE**:

_____          _12.10.23_
Shimon Aharon                     Date

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___12.10.23___ (the "Effective Date"), by and between Yarin Aharon ("Assignor") and Shimon Aharon ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Hub Cyber Security Ltd. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This agreement shall not be revocable, except by written consent of the Parties.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____    ___12.10.23___
Yarin Aharon                Date

**ASSIGNEE**:

_____    ___12.10.23___
Shimon Aharon               Date

## ASSIGNMENT AGREEMENT

12.10.23    (added with consent of the Parties)

This Assignment Agreement is made and entered into on _____ (the "Effective Date"), by and between Shabtai Palomo ("Assignor") and Shimon Aharon ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Hub Cyber Security Ltd. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This agreement shall not be revocable, except by written consent of the Parties.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR:**

_____        12.10.23
Shabtai Palomo                              Date

**ASSIGNEE:**

_____        12.10.23
Shimon Aharon                             Date

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _12.10.23_ (the "Effective Date"), by and between Zahava Palomo ("Assignor") and Shimon Aharon ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Hub Cyber Security Ltd. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This agreement shall not be revocable, except by written consent of the Parties.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____      _12.10.23_
Zahava Palomo                Date

**ASSIGNEE**:

_____      _12.10.23_
Shimon Aharon               Date

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _12.10.23_ (the "Effective Date"), by and between Raphael Ben Dakon ("Assignor") and Shimon Aharon ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Hub Cyber Security Ltd. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This agreement shall not be revocable, except by written consent of the Parties.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____    _12.10.23_
Raphael Ben Dakon             Date

**ASSIGNEE**:

_____    _12.10.23_
Shimon Aharon                Date

## ASSIGNMENT AGREEMENT

13/10/23 (added with consent of the Parties)
This Assignment Agreement is made and entered into on _____ (the "Effective Date"),
by and between Elad Amosi ("Assignor") and Shimon Aharon ("Assignee") (collectively, the
"Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights,
title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that
the Assignor has or may have arising from violations of the federal securities laws of the United
States of America in connection with Assignor's purchase or acquisition of Hub Cyber Security
Ltd. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for
the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any
proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This
agreement shall not be revocable, except by written consent of the Parties.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their
successors, and assigns.


ASSIGNOR:

_____          13/10/2023
Elad Amosi                          Date


ASSIGNEE:

_____          13/10/2023
Shimon Aharon                       Date

**Shimon Aharon's Transactions in HUB Cyber Security Ltd. (HUBC)**

**Account 1 - Elad Amossi**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 2,057.00 | $10.0000 |

**Account 2 - Raphael Ben Dakun**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 30,413.00 | $10.0000 |
| 3/6/2023 | Sold | -0.74 | $1.5400 |

**Account 3 - Zahava & Shabtai Palomo**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 63,406.63 | $10.0000 |
| 3/2/2023 | Sold | -0.63 | $1.5900 |
| 4/13/2023 | Sold | -40,000.00 | $1.2400 |
| 4/19/2023 | Sold | -100.00 | $1.2800 |

**Account 4 - Yarin Aharon**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 5,738.66 | $10.0000 |
| 3/2/2023 | Sold | -0.66 | $1.5900 |

**Account 5 - Dotan Aharon**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 63,296.00 | $10.0000 |
| 3/2/2023 | Sold | -0.42 | $1.5900 |
| 3/15/2023 | Sold | -56.00 | $2.0100 |
| 3/16/2023 | Bought | 10,000.00 | $2.2000 |
| 3/16/2023 | Sold | -10,000.00 | $2.3100 |
| 3/16/2023 | Sold | -10,000.00 | $2.3100 |
| 3/17/2023 | Bought | 2,500.00 | $2.6400 |
| 3/17/2023 | Bought | 1,360.00 | $2.7700 |
| 3/17/2023 | Bought | 5,000.00 | $2.8400 |
| 3/17/2023 | Bought | 1,360.00 | $3.1000 |
| 3/28/2023 | Bought | 2,000.00 | $1.5900 |
| 4/4/2023 | Sold | -10,000.00 | $1.3300 |
| 4/10/2023 | Sold | -5,000.00 | $1.2400 |
| 4/11/2023 | Sold | -8,319.00 | $1.1502 |
| 4/24/2023 | Sold | -326.00 | $1.1000 |
| 5/1/2023 | Sold | -20,892.00 | $0.8800 |

**Account 6 - Lidan Aharon**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 45,840.00 | $10.0000 |
| 3/13/2023 | Sold | -0.37 | $1.4388 |
| 4/4/2023 | Sold | -11,457.00 | $1.3300 |
| 4/10/2023 | Sold | -16,500.00 | $1.2400 |
| 5/1/2023 | Sold | -5,535.00 | $0.8100 |
| 5/29/2023 | Sold | -0.27 | $0.1554 |
| 6/13/2023 | Sold | -11,391.00 | $0.5905 |

**Account 7 - Shimon Aharon**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 336,132.00 | $10.0000 |
| 3/2/2023 | Sold | -0.21 | $1.9078 |
| 3/2/2023 | Sold | -0.79 | $0.4333 |
| 3/13/2023 | Bought | 0.88 | $1.5900 |
| 3/20/2023 | Sold | -10,000.00 | $1.4388 |
| 3/29/2023 | Bought | 10,000.00 | $2.7500 |
| 4/10/2023 | Sold | -50,000.00 | $1.3700 |
| 4/13/2023 | Sold | -52,408.00 | $1.2500 |
| 4/17/2023 | Sold | -100.00 | $1.2201 |
| 4/17/2023 | Sold | -30,000.00 | $1.2200 |
| 4/18/2023 | Sold | -2,525.00 | $1.2000 |
| 4/18/2023 | Sold | -15,000.00 | $1.1900 |
| 4/18/2023 | Sold | -15,000.00 | $1.1800 |

**Account 7 - Shimon Aharon Warrants**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2023 | Conversion | 41,000.00 | $0.7000 |
| 3/2/2023 | Sold | -0.79 | $0.9300 |