# EXHIBIT B

| **Aryeh Agam's Financial Interest in HUB Cyber Security Ltd.** | |
|---|---|
| Account 1 - Ohad Zangi | -$710,788.95 |
| Account 2 - Adam Agam | -$294,016.27 |
| Account 3 - Aryeh Agam | -$756,124.52 |
| **Aryeh Agam Financial Interest** | **-$1,760,929.73** |

| **Shimon Aharon's Financial Interest in HUB Cyber Security Ltd.** | |
|---|---|
| Account 1 - Elad Amossi | -$19,632.65 |
| Account 2 - Raphael Ben Dakun | -$290,270.34 |
| Account 3 - Zahava & Shabtai Palomo | -$571,244.93 |
| Account 4 - Yarin Aharon | -$54,770.81 |
| Account 5 - Dotan Aharon | -$583,263.72 |
| Account 6 - Lidan Aharon | -$411,056.08 |
| Account 7 - Shimon Aharon Stock | -$3,067,047.13 |
| Account 7 - Shimon Aharon Warrants | -$28,696.90 |
| **Shimon Aharon Financial Interest** | **-$5,025,982.56** |

| **Group Financial Interest:** | **-$6,786,912.29** |
|---|---|

Financial Interest Analysis

**Company Name:**  HUB Cyber Security Ltd.
**Ticker:**  HUBC
**Class Period:**  03/23/2022 - 06/13/2023

**Name:**  Aryeh Agam

### Account 1 - Ohad Zangi

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 78,411.20 | $10.0000 | -$784,112.0000 | | $0.0000 | -$784,112.00 |
| 3/1/2023 | -50,000.00 | | $0.0000 | $1.6274 | $81,370.4500 | $81,370.45 |
| 3/1/2023 | -28,411.00 | | $0.0000 | $1.6548 | $47,013.8693 | $47,013.87 |
| 3/16/2023 | 11,666.00 | $2.5000 | -$29,165.0000 | | $0.0000 | -$29,165.00 |
| 3/17/2023 | 10,000.00 | $3.0963 | -$30,962.6400 | | $0.0000 | -$30,962.64 |
| 3/30/2023 | 10,000.00 | $1.3300 | -$13,300.0000 | | $0.0000 | -$13,300.00 |
| 6/2/2023 | -31,666.00 | | $0.0000 | $0.5800 | $18,366.2800 | $18,366.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0.20** | | | | **Subtotal:** | **-$710,789.04** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.09 |
| | | | $0.4557 | 0.20 | **Account 1 Total:** | **-$710,788.95** |

### Account 2 - Adam Agam

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 27,016.92 | $10.0000 | -$270,169.2000 | | $0.0000 | -$270,169.20 |
| 3/3/2023 | -0.92 | | $0.0000 | $1.6279 | $1.4977 | $1.50 |
| 3/10/2023 | -27,016.00 | | $0.0000 | $1.6191 | $43,742.2968 | $43,742.30 |
| 3/13/2023 | 2,031.00 | $1.5572 | -$3,162.6055 | | $0.0000 | -$3,162.61 |
| 3/13/2023 | 26,282.00 | $1.5634 | -$41,090.3088 | | $0.0000 | -$41,090.31 |
| 3/13/2023 | 5,513.00 | $1.5661 | -$8,633.7960 | | $0.0000 | -$8,633.80 |
| 3/13/2023 | -5,287.00 | | $0.0000 | $1.6224 | $8,577.4620 | $8,577.46 |
| 3/14/2023 | 10,000.00 | $1.7608 | -$17,607.7532 | | $0.0000 | -$17,607.75 |
| 3/14/2023 | 10,000.00 | $1.8215 | -$18,214.5684 | | $0.0000 | -$18,214.57 |
| 3/14/2023 | 19,000.00 | $1.7401 | -$33,061.3126 | | $0.0000 | -$33,061.31 |
| 3/14/2023 | -10,000.00 | | $0.0000 | $1.8496 | $18,496.1298 | $18,496.13 |
| 3/14/2023 | -10,000.00 | | $0.0000 | $1.8496 | $18,496.1298 | $18,496.13 |
| 3/14/2023 | -8,000.00 | | $0.0000 | $1.9101 | $15,281.1315 | $15,281.13 |
| 3/14/2023 | -9,500.00 | | $0.0000 | $1.7383 | $16,513.9506 | $16,513.95 |
| 3/15/2023 | 10,000.00 | $2.1536 | -$21,536.4230 | | $0.0000 | -$21,536.42 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/15/2023 | -10,000.00 | | $0.0000 | $2.2020 | $22,019.8750 | $22,019.88 |
| 3/16/2023 | 2,241.00 | $2.5204 | -$5,648.1520 | | $0.0000 | -$5,648.15 |
| 3/16/2023 | 21,000.00 | $3.0537 | -$64,127.4100 | | $0.0000 | -$64,127.41 |
| 3/16/2023 | 10,000.00 | $2.2563 | -$22,562.9030 | | $0.0000 | -$22,562.90 |
| 3/16/2023 | -10,000.00 | | $0.0000 | $2.3544 | $23,543.5624 | $23,543.56 |
| 3/16/2023 | -30,039.00 | | $0.0000 | $2.3550 | $70,742.5857 | $70,742.59 |
| 3/20/2023 | 11,600.00 | $2.4838 | -$28,811.9614 | | $0.0000 | -$28,811.96 |
| 3/22/2023 | 12,963.00 | $1.8956 | -$24,573.1815 | | $0.0000 | -$24,573.18 |
| 6/6/2023 | -3,000.00 | | $0.0000 | $0.5911 | $1,773.1518 | $1,773.15 |
| 6/6/2023 | -10,000.00 | | $0.0000 | $0.5837 | $5,836.7489 | $5,836.75 |
| 6/6/2023 | -34,804.00 | | $0.0000 | $0.5792 | $20,158.7878 | $20,158.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0.00** | | | | **Subtotal:** | **-$294,016.27** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $0.4557 | 0.00 | **Account 2 Total:** | **-$294,016.27** |

**Account 3 - Aryeh Agam**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 81,929.89 | $10.0000 | -$819,298.9000 | | $0.0000 | -$819,298.90 |
| 3/3/2023 | -50,000.00 | | $0.0000 | $1.6988 | $84,941.8042 | $84,941.80 |
| 3/3/2023 | -31,929.00 | | $0.0000 | $1.5962 | $50,966.3936 | $50,966.39 |
| 3/7/2023 | 50,000.00 | $1.4848 | -$74,240.1652 | | $0.0000 | -$74,240.17 |
| 3/7/2023 | 50,000.00 | $1.5040 | -$75,198.2640 | | $0.0000 | -$75,198.26 |
| 3/7/2023 | 50,000.00 | $1.4582 | -$72,909.6921 | | $0.0000 | -$72,909.69 |
| 3/7/2023 | -50,000.00 | | $0.0000 | $1.4515 | $72,576.4519 | $72,576.45 |
| 3/7/2023 | -50,000.00 | | $0.0000 | $1.4183 | $70,916.0846 | $70,916.08 |
| 3/7/2023 | -17,871.00 | | $0.0000 | $1.4682 | $26,238.9667 | $26,238.97 |
| 3/7/2023 | -7,335.00 | | $0.0000 | $1.4782 | $10,842.8251 | $10,842.83 |
| 3/7/2023 | -2,469.00 | | $0.0000 | $1.4682 | $3,625.0921 | $3,625.09 |
| 3/13/2023 | -22,325.00 | | $0.0000 | $1.5563 | $34,743.4752 | $34,743.48 |
| 3/15/2023 | 20,000.00 | $1.5670 | -$31,339.2477 | | $0.0000 | -$31,339.25 |
| 3/15/2023 | -20,000.00 | | $0.0000 | $1.6641 | $33,281.5442 | $33,281.54 |
| 3/16/2023 | 24,000.00 | $1.5310 | -$36,742.9035 | | $0.0000 | -$36,742.90 |
| 3/16/2023 | -24,000.00 | | $0.0000 | $1.8175 | $43,619.9211 | $43,619.92 |
| 3/17/2023 | 22,800.00 | $1.9198 | -$43,770.9435 | | $0.0000 | -$43,770.94 |
| 3/17/2023 | 20,500.00 | $2.0998 | -$43,045.2473 | | $0.0000 | -$43,045.25 |
| 3/17/2023 | 20,000.00 | $2.2398 | -$44,795.0577 | | $0.0000 | -$44,795.06 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/17/2023 | -22,800.00 | | $0.0000 | $1.9160 | $43,683.7140 | $43,683.71 |
| 3/17/2023 | -20,500.00 | | $0.0000 | $2.1455 | $43,982.0806 | $43,982.08 |
| 3/20/2023 | 15,522.00 | $2.3086 | -$35,833.4279 | | $0.0000 | -$35,833.43 |
| 3/20/2023 | 10,833.00 | $2.3860 | -$25,847.5332 | | $0.0000 | -$25,847.53 |
| 3/20/2023 | 10,196.00 | $2.5351 | -$25,848.1318 | | $0.0000 | -$25,848.13 |
| 3/20/2023 | -10,000.00 | | $0.0000 | $2.6062 | $26,061.5589 | $26,061.56 |
| 3/30/2023 | 599.00 | $1.3736 | -$822.8057 | | $0.0000 | -$822.81 |
| 6/6/2023 | -3,634.00 | | $0.0000 | $0.5995 | $2,178.6745 | $2,178.67 |
| 6/6/2023 | -9,900.00 | | $0.0000 | $0.5953 | $5,893.4183 | $5,893.42 |
| 6/6/2023 | -9,998.00 | | $0.0000 | $0.5953 | $5,951.8556 | $5,951.86 |
| 6/6/2023 | -8,957.00 | | $0.0000 | $0.5952 | $5,331.1045 | $5,331.10 |
| 6/6/2023 | -14,661.00 | | $0.0000 | $0.5956 | $8,732.4302 | $8,732.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0.89** | | | | **Subtotal:** | **-$756,124.92** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.41 |
| | | | $0.4557 | 0.89 | **Account 3 Total:** | **-$756,124.52** |

# Financial Interest Analysis

**Name:**  Shimon Aharon

**Account 1 - Elad Amossi**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 2,057.00 | $10.0000 | -$20,570.0000 | | $0.0000 | -$20,570.00 |

| **Shares Retained:** | **2,057.00** | | | | **Subtotal:** | **-$20,570.00** |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $937.35 |
| | | | $0.4557 | 2,057.00 | **Account 1 Total:** | **-$19,632.65** |

**Account 2 - Raphael Ben Dakun**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 30,413.00 | $10.0000 | -$304,130.0000 | | $0.0000 | -$304,130.00 |
| 3/6/2023 | -0.74 | | $0.0000 | $1.5400 | $1.1396 | $1.14 |

| **Shares Retained:** | **30,412.26** | | | | **Subtotal:** | **-$304,128.86** |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $13,858.52 |
| | | | $0.4557 | 30,412.26 | **Account 2 Total:** | **-$290,270.34** |

**Account 3 - Zahava & Shabtai Palomo**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 63,406.63 | $10.0000 | -$634,066.3000 | | $0.0000 | -$634,066.30 |
| 3/2/2023 | -0.63 | | $0.0000 | $1.5900 | $1.0017 | $1.00 |
| 4/13/2023 | -40,000.00 | | $0.0000 | $1.2400 | $49,600.0000 | $49,600.00 |
| 4/19/2023 | -100.00 | | $0.0000 | $1.2800 | $128.0000 | $128.00 |
| 6/15/2023 | -4,000.00 | | $0.0000 | $0.5900 | $2,360.0000 | $2,360.00 |
| 6/15/2023 | -501.00 | | $0.0000 | $0.5900 | $295.5900 | $295.59 |
| 6/16/2023 | -18,805.00 | | $0.0000 | $0.5550 | $10,436.7750 | $10,436.78 |

| **Shares Retained:** | **0.00** | | | | **Subtotal:** | **-$571,244.93** |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $0.00 |
| | | | $0.4557 | 0.00 | **Account 3 Total:** | **-$571,244.93** |

Financial Interest Analysis

**Account 4 - Yarin Aharon**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 5,738.66 | $10.0000 | -$57,386.6000 | | $0.0000 | -$57,386.60 |
| 3/2/2023 | -0.66 | | $0.0000 | $1.5900 | $1.0494 | $1.05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5,738.00** | | | | **Subtotal:** | **-$57,385.55** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $2,614.74 |
| | | | $0.4557 | 5,738.00 | **Account 4 Total:** | **-$54,770.81** |

**Account 5 - Dotan Aharon**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 63,296.00 | $10.0000 | -$632,960.0000 | | $0.0000 | -$632,960.00 |
| 3/2/2023 | -0.42 | | $0.0000 | $1.5900 | $0.6678 | $0.67 |
| 3/15/2023 | -56.00 | | $0.0000 | $2.0100 | $112.5600 | $112.56 |
| 3/16/2023 | 10,000.00 | $2.2000 | -$22,000.0000 | | $0.0000 | -$22,000.00 |
| 3/16/2023 | -10,000.00 | | $0.0000 | $2.3100 | $23,100.0000 | $23,100.00 |
| 3/16/2023 | -10,000.00 | | $0.0000 | $2.3100 | $23,100.0000 | $23,100.00 |
| 3/17/2023 | 2,500.00 | $2.6400 | -$6,600.0000 | | $0.0000 | -$6,600.00 |
| 3/17/2023 | 1,360.00 | $2.7700 | -$3,767.2000 | | $0.0000 | -$3,767.20 |
| 3/17/2023 | 5,000.00 | $2.8400 | -$14,200.0000 | | $0.0000 | -$14,200.00 |
| 3/17/2023 | 1,360.00 | $3.1000 | -$4,216.0000 | | $0.0000 | -$4,216.00 |
| 3/28/2023 | 2,000.00 | $1.5900 | -$3,180.0000 | | $0.0000 | -$3,180.00 |
| 4/4/2023 | -10,000.00 | | $0.0000 | $1.3300 | $13,300.0000 | $13,300.00 |
| 4/10/2023 | -5,000.00 | | $0.0000 | $1.2400 | $6,200.0000 | $6,200.00 |
| 4/11/2023 | -8,319.00 | | $0.0000 | $1.1502 | $9,568.5138 | $9,568.51 |
| 4/24/2023 | -326.00 | | $0.0000 | $1.1000 | $358.6000 | $358.60 |
| 5/1/2023 | -20,892.00 | | $0.0000 | $0.8800 | $18,384.9600 | $18,384.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **20,922.58** | | | | **Subtotal:** | **-$592,797.90** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $9,534.18 |
| | | | $0.4557 | 20,922.58 | **Account 5 Total:** | **-$583,263.72** |

**Account 6 - Lidan Aharon**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 45,840.00 | $10.0000 | -$458,400.0000 | | $0.0000 | -$458,400.00 |
| 3/13/2023 | -0.37 | | $0.0000 | $1.4388 | $0.5324 | $0.53 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/4/2023 | -11,457.00 | | $0.0000 | $1.3300 | $15,237.8100 | $15,237.81 |
| 4/10/2023 | -16,500.00 | | $0.0000 | $1.2400 | $20,460.0000 | $20,460.00 |
| 5/1/2023 | -5,535.00 | | $0.0000 | $0.8100 | $4,483.3500 | $4,483.35 |
| 5/29/2023 | -0.27 | | $0.0000 | $0.1554 | $0.0420 | $0.04 |
| 6/13/2023 | -11,391.00 | | $0.0000 | $0.5905 | $6,726.3855 | $6,726.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **956.36** | | | | **Subtotal:** | **-$411,491.88** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $435.80 |
| | | | $0.4557 | 956.36 | **Account 6 Total:** | **-$411,056.08** |

**Account 7 - Shimon Aharon Stock**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 336,132.00 | $10.0000 | -$3,361,320.0000 | | $0.0000 | -$3,361,320.00 |
| 3/2/2023 | -0.21 | | $0.0000 | $1.9078 | $0.4006 | $0.40 |
| 3/2/2023 | -0.79 | | $0.0000 | $0.4333 | $0.3423 | $0.34 |
| 3/13/2023 | 0.88 | $1.5900 | -$1.3992 | | $0.0000 | -$1.40 |
| 3/20/2023 | -10,000.00 | | $0.0000 | $1.4388 | $14,388.0000 | $14,388.00 |
| 3/29/2023 | 10,000.00 | $2.7500 | -$27,500.0000 | | $0.0000 | -$27,500.00 |
| 4/10/2023 | -50,000.00 | | $0.0000 | $1.3700 | $68,500.0000 | $68,500.00 |
| 4/13/2023 | -52,408.00 | | $0.0000 | $1.2500 | $65,510.0000 | $65,510.00 |
| 4/17/2023 | -100.00 | | $0.0000 | $1.2201 | $122.0100 | $122.01 |
| 4/17/2023 | -30,000.00 | | $0.0000 | $1.2200 | $36,600.0000 | $36,600.00 |
| 4/18/2023 | -2,525.00 | | $0.0000 | $1.2000 | $3,030.0000 | $3,030.00 |
| 4/18/2023 | -15,000.00 | | $0.0000 | $1.1900 | $17,850.0000 | $17,850.00 |
| 4/18/2023 | -15,000.00 | | $0.0000 | $1.1800 | $17,700.0000 | $17,700.00 |
| 6/15/2023 | -20,000.00 | | $0.0000 | $1.1800 | $23,600.0000 | $23,600.00 |
| 6/30/2023 | -103.00 | | $0.0000 | $0.5905 | $60.8215 | $60.82 |
| 6/30/2023 | -37,200.00 | | $0.0000 | $0.5134 | $19,099.1000 | $19,099.10 |
| 6/30/2023 | -16,595.00 | | $0.0000 | $0.5134 | $8,520.1496 | $8,520.15 |
| 7/5/2023 | -35,000.00 | | $0.0000 | $0.4974 | $17,407.5000 | $17,407.50 |
| 7/5/2023 | -25,000.00 | | $0.0000 | $0.4974 | $12,433.9286 | $12,433.93 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **37,200.88** | | | | **Subtotal:** | **-$3,083,999.15** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $16,952.01 |
| | | | $0.4557 | 37,200.88 | **Account 7 - Stock:** | **-$3,067,047.13** |

## Financial Interest Analysis

**Account 7 - Shimon Aharon Warrants**

| Date | Warrants | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/28/2023* | 41,000.00 | $0.7000 | -$28,700.0000 | $0.9300 | $0.0000 | -$28,700.00 |
| 3/2/2023 | -0.79 | | $0.0000 | $3.9300 | $3.1047 | $3.10 |
| 8/22/2023** | -40,999.21 | | $0.0000 | $0.0000 | $0.0000 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0.00** | | | | **Subtotal:** | **-$28,696.90** |
| | | | **90-Day Average Price** | **Warrants Retained** | **90-Day Average:** | $0.00 |
| | | | $0.0371 | 0.00 | **Account 7 - Warrants:** | **-$28,696.90** |

<u>Notes</u>

The 90-Day Average Prices used in this loss chart are the average closing prices between June 14, 2023 and September 11, 2023. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.

*Represents a conversion from Hub Cyber Security (Israel) Ltd. (Legacy HUB) into U.S. listed securities through Legacy HUB's merger with Mount Rainier Acquisition Corp., and Mount Ranier's conversion into HUBC US as per Form 6-k filed 3/1/2023: *"the Company effected a stock split of each Company ordinary share (the "Company Ordinary Share") into such number of Company Ordinary Shares, calculated in accordance with the terms of the Business Combination Agreement, such that each Company Ordinary Share have a value of $10.00 per share after giving effect to such stock split"*

**Represents expiration of warrants