# EXHIBIT C

**JOINT DECLARATION OF ARYEH AGAM AND SHIMON AHARON IN SUPPORT OF THEIR MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

The undersigned, under penalties of perjury under the laws of the United States of America, declare as follows:

1.  We submit this joint declaration in support of our motion for consolidation, appointment as lead plaintiff, and approval of lead counsel filed concurrently herewith. We each have personal knowledge about the information in this Joint Declaration relating to ourselves.

2.  I, Aryeh Agam, reside in Israel. I am a real estate broker. I have more than 30 years of investing experience. Adam Agam is my son and Ohad Zangi is a family friend. They have assigned to me all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that they have or may have arising from violations of the federal securities laws of the United States of America in connection with their purchases or acquisitions of Hub Cyber Security Ltd. ("Hub Cyber Security") securities.

3.  I, Shimon Aharon, reside in Israel. I have more than 40 years of investing experience. I work in the retail business. Lidan Aharon and Dotan Aharon, and Yarin Aharon are my sons. Zahava and Shabtai Palomo are my in-laws, and Rephael Ben-Dakun and Elad Amosi are family friends. They have assigned to me all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that they have or may have arising from violations of the federal securities laws of the United States of America in connection with their purchases or acquisitions of Hub Cyber Security securities.

4.  We are clients of attorney Jacob Sabo in Tel Aviv, Israel. We directed Mr. Sabo to retain counsel in the United States to represent us in connection with this action against of Hub Cyber Security.

1

5.      We believe that the Court should appoint us as lead plaintiff because we are investors with a significant interest in the outcome of the litigation, and we have the capability and competency to oversee this litigation to a successful conclusion. We have carefully considered, with the assistance of counsel, the merits of this action and our respective losses. We are capable of actively participating in this action and are committed to doing so, in part by working closely with our lead counsel, to obtain the best possible recovery for the class in an efficient manner.

6.      We each have knowledge of the requirements and responsibilities of lead plaintiffs in a securities class action. We have agreed to exercise joint decision-making and to work together if appointed in this action to protect the interests of the class. We will have periodic communications with counsel, and without if necessary, to discuss the status of the litigation and ensure its proper prosecution. We are committed to the zealous prosecution of this case and will remain actively involved in it, including through our attendance at deposition and trial, if necessary. We understand that if appointed we would owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with lead counsel to obtain the largest possible recovery for the putative class in good faith and with vigorous advocacy.

7.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary obligations to the class. We recognize that in the event of a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

8.      We have selected lead counsel in this action based upon their experience and resources, and we are confident in our ability to work with our counsel to protect the interest of the class. We understand that one of our primary responsibilities will be overseeing lead counsel

2

and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

9.    We understand that, as the lead plaintiff in this action, we will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing, relating to myself, is true and correct.

Executed on   10/16/2023   .

_____
Aryeh Agam

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing, relating to myself, is true and correct.

Executed on   10/16/2023   .

_____
Shimon Aharon

3