Case 1:23-cv-05764-AS   Document 27   Filed 10/16/23   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EFRAT INVESTMENTS LLC, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUB CYBER SECURITY LTD.,<br><br>Defendants. | Case No.  1:23-cv-05764-AS [rel. 1:23-cv-06668-AS] |
| DUSTIN GREEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUB CYBER SECURITY LTD. f/k/a HUB CYBER SECURITY (ISRAEL) LTD., EYAL MOSHE, HUGO GOLDMAN, UZI MOSCOVICH, ZEEV ZELL, MOSHE RAINES, MANISH AGARWAL, and MOTI FRANKO,<br><br>Defendants. | Case No.  1:23-cv-06668-AS [rel. 1:23-cv-05764-AS] |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF REESE TRIPP AND RODRIGUE FODJO FOR CONSOLIDATION, APPOINTMENT AS
CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Reese Tripp and Rodrigue Fodjo (together, "Tripp and Fodjo"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Tripp and Fodjo's motion for consolidation of the above-captioned related actions, appointment as Co-Lead Plaintiffs for the Class, and approval of Tripp and Fodjo's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Tripp and Fodjo's financial interest in this litigation; |
| Exhibit B: | Shareholder Certifications executed by Tripp and Fodjo; |
| Exhibit C: | Joint Declaration executed by Tripp and Fodjo; and |
| Exhibit D: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 16, 2023.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman