# EXHIBIT A

**HUB Cyber Security Ltd. (HUBC)**
**Class Period: March 23, 2022 to June 13, 2023**
**Merger Date: March 1, 2023**
**Merger Price: $1.59 Closing Price per Share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | | | | | | | | 90-Days* Mean Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | 10b | | $0.4557 |
| | | | | | | | | | | 11 | | $0.5730 |

| | | Purchase or Acquire | | | | Sales | | | | Shares | Estimated | 10b Estimated | 11 Estimated |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Plaintiff | Security Type | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Retained | Value | Gain(Loss) | Gain(Loss) |
| **Summary** | | | | | | | | | | | | | |
| Reese Tripp, Acct 1 | HUBC | | 5,000 | | ($9,550) | | 0 | | $0 | 4,495 | $2,048 | ($7,502) | ($4,571) |
| Reese Tripp, Acct 2 | HUBC | | 89,977 | | ($173,804) | | 0 | | $0 | 89,977 | $41,001 | ($132,803) | none |
| Rodrigue Fodjo, Acct 1 | HUBC | | 57,717 | | ($95,743) | | (57,700) | | $67,409 | 17 | $8 | ($28,326) | none |
| Rodrigue Fodjo, Acct 2 | HUBC | | 46,383 | | ($136,666) | | (45,331) | | $90,297 | 0 | $0 | ($46,369) | none |
| **Reese Tripp; Rodrigue Fodjo** | **HUBC** | | **199,077** | | **($415,763)** | | **(103,031)** | | **$157,706** | **94,489** | **$43,058** | **($214,999)** | **($4,571)** |
| | | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | | |
| Reese Tripp | RNER | 2/28/2023 | 5,000 | $1.9100 | ($9,550) | | | | | | | | |
| Reese Tripp | RNER-> HUBC | 3/1/2023 | 4,495 | | | | | | | | | | |
| **Reese Tripp** | **HUBC** | | **5,000** | | **($9,550)** | | **0** | | **$0** | **4,495** | **$2,048** | **($7,502)** | **($4,571)** |
| | | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 9 | $1.6900 | ($15) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 84 | $1.6900 | ($142) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.6900 | ($169) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 501 | $1.7000 | ($852) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 11 | $1.6900 | ($19) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 89 | $1.7000 | ($151) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 11 | $1.7000 | ($19) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 2,882 | $1.7000 | ($4,899) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 8 | $1.7000 | ($14) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7000 | ($170) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 1 | $1.7100 | ($2) | | | | | | | | |

*Avg Closing Prices from June 14, 2023 to September 11, 2023

**HUB Cyber Security Ltd. (HUBC)**
**Class Period: March 23, 2022 to June 13, 2023**
**Merger Date: March 1, 2023**
**Merger Price: $1.59 Closing Price per Share**
**(Includes 90-Day Sales @ Statutory Pricing)**

**90-Days\***
**Mean Price**

| | | 10b | $0.4557 |
| | | 11 | $0.5730 |

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | 10b Estimated Gain(Loss) | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reese Tripp | HUBC | 3/6/2023 | 10 | $1.7100 | ($17) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 10 | $1.7100 | ($17) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7100 | ($171) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 7 | $1.7200 | ($12) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7200 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7290 | ($173) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7290 | ($173) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7190 | ($172) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 100 | $1.7290 | ($173) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 1,950 | $1.7300 | ($3,374) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 10,522 | $1.7300 | ($18,203) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 3,105 | $1.7300 | ($5,372) | | | | | | | | |
| Reese Tripp | HUBC | 3/6/2023 | 1,500 | $1.7300 | ($2,595) | | | | | | | | |
| Reese Tripp | HUBC | 3/10/2023 | 5,681 | $1.5200 | ($8,635) | | | | | | | | |
| Reese Tripp | HUBC | 3/10/2023 | 571 | $1.5200 | ($868) | | | | | | | | |
| Reese Tripp | HUBC | 3/10/2023 | 2,937 | $1.5200 | ($4,464) | | | | | | | | |
| Reese Tripp | HUBC | 3/10/2023 | 600 | $1.5200 | ($912) | | | | | | | | |
| Reese Tripp | HUBC | 3/10/2023 | 211 | $1.5200 | ($321) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 1,248 | $1.5600 | ($1,947) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 193 | $1.5600 | ($301) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 1 | $1.5600 | ($2) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 1,285 | $1.5600 | ($2,005) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 1,000 | $1.5600 | ($1,560) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 5,000 | $1.5600 | ($7,800) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 822 | $1.5600 | ($1,282) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 1 | $1.5600 | ($2) | | | | | | | | |

\*Avg Closing Prices from June 14, 2023 to September 11, 2023

**HUB Cyber Security Ltd. (HUBC)**
**Class Period: March 23, 2022 to June 13, 2023**
**Merger Date: March 1, 2023**
**Merger Price: $1.59 Closing Price per Share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | | | | | | | | 90-Days* Mean Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 10b | $0.4557 | |
| | | | | | | | | | | | 11 | $0.5730 | |

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | 10b Estimated Gain(Loss) | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reese Tripp | HUBC | 3/13/2023 | 11 | $1.5600 | ($17) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 500 | $1.5600 | ($780) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 1 | $1.5600 | ($2) | | | | | | | | |
| Reese Tripp | HUBC | 3/13/2023 | 2,438 | $1.5600 | ($3,803) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 935 | $1.8200 | ($1,702) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 400 | $2.1000 | ($840) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 200 | $2.1000 | ($420) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 200 | $2.1000 | ($420) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 25 | $2.1000 | ($53) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 100 | $2.1000 | ($210) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 600 | $2.1000 | ($1,260) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 100 | $2.1000 | ($210) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 200 | $2.1000 | ($420) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 900 | $2.1000 | ($1,890) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 54 | $2.1000 | ($113) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 500 | $2.1000 | ($1,050) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 400 | $2.1000 | ($840) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 10 | $2.1000 | ($21) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 90 | $2.1000 | ($189) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 400 | $2.1000 | ($840) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 514 | $2.1000 | ($1,079) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 100 | $2.1000 | ($210) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 100 | $2.1000 | ($210) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 100 | $2.1000 | ($210) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 2,990 | $2.1000 | ($6,279) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 100 | $2.1000 | ($210) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 300 | $2.1000 | ($630) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 100 | $2.1000 | ($210) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 100 | $2.1000 | ($210) | | | | | | | | |
| Reese Tripp | HUBC | 3/15/2023 | 817 | $2.1000 | ($1,716) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 86 | $2.0300 | ($175) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 100 | $2.0300 | ($203) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 100 | $2.0300 | ($203) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 600 | $2.0300 | ($1,218) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 100 | $2.0500 | ($205) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 100 | $2.0500 | ($205) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 4,384 | $2.0500 | ($8,987) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 266 | $2.0500 | ($545) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 100 | $2.0500 | ($205) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 78 | $2.0500 | ($160) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 1,000 | $2.0500 | ($2,050) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 50 | $2.0500 | ($103) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 932 | $2.0500 | ($1,911) | | | | | | | | |

*Avg Closing Prices from June 14, 2023 to September 11, 2023

**HUB Cyber Security Ltd. (HUBC)**
**Class Period: March 23, 2022 to June 13, 2023**
**Merger Date: March 1, 2023**
**Merger Price: $1.59 Closing Price per Share**
**(Includes 90-Day Sales @ Statutory Pricing)**

**90-Days\* Mean Price**

| | |
|---|---|
| 10b | $0.4557 |
| 11 | $0.5730 |

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | 10b Estimated Gain(Loss) | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reese Tripp | HUBC | 3/16/2023 | 300 | $2.0500 | ($615) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 400 | $2.0500 | ($820) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 3,500 | $2.0500 | ($7,175) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 2,900 | $2.0500 | ($5,945) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 4 | $2.0500 | ($8) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 10 | $2.9000 | ($29) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 220 | $2.9000 | ($638) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 10 | $2.9000 | ($29) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 362 | $2.9000 | ($1,050) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 500 | $2.9300 | ($1,465) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 1,500 | $2.9300 | ($4,395) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 965 | $2.9300 | ($2,827) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 300 | $2.9300 | ($879) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 200 | $2.9300 | ($586) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 500 | $2.9300 | ($1,465) | | | | | | | | |
| Reese Tripp | HUBC | 3/16/2023 | 6,273 | $2.9300 | ($18,380) | | | | | | | | |
| Reese Tripp | HUBC | 3/17/2023 | 302 | $3.0100 | ($909) | | | | | | | | |
| Reese Tripp | HUBC | 3/27/2023 | 1,032 | $1.8700 | ($1,930) | | | | | | | | |
| Reese Tripp | HUBC | 3/27/2023 | 3,900 | $1.8700 | ($7,293) | | | | | | | | |
| Reese Tripp | HUBC | 3/27/2023 | 50 | $1.8700 | ($94) | | | | | | | | |
| Reese Tripp | HUBC | 3/27/2023 | 1,018 | $1.8700 | ($1,904) | | | | | | | | |
| **Reese Tripp** | **HUBC** | | **89,977** | | **($173,804)** | | **0** | | **$0** | **89,977** | **$41,001** | **($132,803)** | **none** |
| | | | | | | | | | | | | | |
| _Account 1_ | | | | | | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/20/2023 | 3,200 | $2.3000 | ($7,360) | 3/22/2023 | (10,700) | $2.2780 | $24,375 | | | | |
| Rodrigue Fodjo | HUBC | 3/20/2023 | 100 | $2.0450 | ($205) | 3/24/2023 | (5,000) | $2.0700 | $10,350 | | | | |
| Rodrigue Fodjo | HUBC | 3/20/2023 | 3,000 | $2.1000 | ($6,300) | 5/1/2023 | (42,000) | $0.7782 | $32,684 | | | | |
| Rodrigue Fodjo | HUBC | 3/21/2023 | 3,000 | $1.7899 | ($5,370) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/21/2023 | 1,400 | $1.8790 | ($2,631) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/23/2023 | 5,000 | $2.0000 | ($10,000) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/27/2023 | 8,000 | $1.8400 | ($14,720) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/27/2023 | 5,000 | $1.9000 | ($9,500) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/28/2023 | 1,200 | $1.5599 | ($1,872) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/28/2023 | 250 | $1.6886 | ($422) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/29/2023 | 1,680 | $1.3700 | ($2,302) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/29/2023 | 3,500 | $1.4600 | ($5,110) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/29/2023 | 3,620 | $1.4099 | ($5,104) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/29/2023 | 3,000 | $1.5188 | ($4,556) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/29/2023 | 3,800 | $1.4700 | ($5,586) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/31/2023 | 735 | $1.2592 | ($926) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 4/4/2023 | 685 | $1.3799 | ($945) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 4/5/2023 | 530 | $1.2900 | ($684) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 4/6/2023 | 6,030 | $1.2600 | ($7,598) | | | | | | | | |

\*Avg Closing Prices from June 14, 2023 to September 11, 2023

**HUB Cyber Security Ltd. (HUBC)**
**Class Period: March 23, 2022 to June 13, 2023**
**Merger Date: March 1, 2023**
**Merger Price: $1.59 Closing Price per Share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | | | | | | | | 90-Days* Mean Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 10b | $0.4557 |
| | | | | | | | | | | | 11 | $0.5730 |

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | 10b Estimated Gain(Loss) | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rodrigue Fodjo | HUBC | 4/17/2023 | 765 | $1.2199 | ($933) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 4/19/2023 | 600 | $1.1399 | ($684) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 4/20/2023 | 2,622 | $1.1200 | ($2,937) | | | | | | | | |
| **Rodrigue Fodjo** | **HUBC** | | **57,717** | | **($95,743)** | | **(57,700)** | | **$67,409** | **17** | **$8** | **($28,326)** | **none** |
| | | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | | |
| Rodrigue Fodjo | RNER | 2/28/2023 | 4,000 | $5.0600 | ($20,240) | | | | | | | | |
| Rodrigue Fodjo | RNER | 2/28/2023 | 3,210 | $5.0448 | ($16,194) | | | | | | | | |
| Rodrigue Fodjo | RNER | 2/28/2023 | 3,210 | $5.0728 | ($16,284) | | | | | | | | |
| Rodrigue Fodjo | RNER-> HUBC | 3/1/2023 | 9,368 | | | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/2/2023 | 250 | $1.3087 | ($327) | 3/3/2023 | (250) | $1.7112 | $428 | | | | |
| Rodrigue Fodjo | HUBC | 3/2/2023 | 300 | $1.3087 | ($393) | 3/3/2023 | (300) | $1.6312 | $489 | | | | |
| Rodrigue Fodjo | HUBC | 3/2/2023 | 400 | $1.3087 | ($523) | 3/3/2023 | (3,289) | $1.6870 | $5,549 | | | | |
| Rodrigue Fodjo | HUBC | 3/3/2023 | 270 | $1.6682 | ($450) | 3/15/2023 | (3,866) | $2.1600 | $8,351 | | | | |
| Rodrigue Fodjo | HUBC | 3/3/2023 | 2,700 | $1.6694 | ($4,507) | 3/15/2023 | (5,786) | $2.1700 | $12,556 | | | | |
| Rodrigue Fodjo | HUBC | 3/6/2023 | 200 | $1.3700 | ($274) | 3/16/2023 | (6,400) | $2.2044 | $14,108 | | | | |
| Rodrigue Fodjo | HUBC | 3/6/2023 | 3 | $1.7200 | ($5) | 3/16/2023 | (8,960) | $2.1800 | $19,533 | | | | |
| Rodrigue Fodjo | HUBC | 3/15/2023 | 3,900 | $2.1183 | ($8,261) | 3/17/2023 | (3,200) | $2.8800 | $9,216 | | | | |
| Rodrigue Fodjo | HUBC | 3/15/2023 | 5,960 | $2.1058 | ($12,550) | 3/17/2023 | (4,780) | $2.8800 | $13,766 | | | | |
| Rodrigue Fodjo | HUBC | 3/16/2023 | 2,500 | $2.1254 | ($5,314) | 5/1/2023 | (3,400) | $0.7400 | $2,516 | | | | |
| Rodrigue Fodjo | HUBC | 3/16/2023 | 3,000 | $2.1100 | ($6,330) | 5/1/2023 | (5,100) | $0.7423 | $3,786 | | | | |
| Rodrigue Fodjo | HUBC | 3/17/2023 | 6,600 | $2.7275 | ($18,002) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/17/2023 | 9,780 | $2.7373 | ($26,770) | | | | | | | | |
| Rodrigue Fodjo | HUBC | 3/20/2023 | 100 | $2.4084 | ($241) | | | | | | | | |
| **Rodrigue Fodjo** | **HUBC** | | **46,383** | | **($136,666)** | | **(45,331)** | | **$90,297** | **0** | **$0** | **($46,369)** | **none** |

*Avg Closing Prices from June 14, 2023 to September 11, 2023