# EXHIBIT B

## <u>CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS</u>

1.      I, Reese Tripp, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against HUB Cyber Security Ltd. and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire the securities that are the subject of the Complaint at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of the Class of investors as defined in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in the relevant securities as set forth in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

DocuSign Envelope ID: BEA94DC9-956E-4365-BB15-883652833734

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct this day of 10/11/2023 .

DocuSigned by:

_Reese Tripp_

CD5722E75D404CB...

Reese Tripp

**HUB Cyber Security Ltd. (HUBC)**                                                          **Reese Tripp**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | | | | |
| Purchase | RNER | 2/28/2023 | 5,000 | $1.9100 |
| Exchange | RNER-> HUBC | 3/1/2023 | 4,495 | |
| | | | | |
| Account 2 | | | | |
| Purchase | HUBC | 3/6/2023 | 9 | $1.6900 |
| Purchase | HUBC | 3/6/2023 | 84 | $1.6900 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.6900 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 501 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 11 | $1.6900 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 89 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 11 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 2,882 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 8 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7000 |
| Purchase | HUBC | 3/6/2023 | 1 | $1.7100 |
| Purchase | HUBC | 3/6/2023 | 10 | $1.7100 |
| Purchase | HUBC | 3/6/2023 | 10 | $1.7100 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7100 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 7 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7200 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7290 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7290 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7190 |
| Purchase | HUBC | 3/6/2023 | 100 | $1.7290 |

**HUB Cyber Security Ltd. (HUBC)**                                                      **Reese Tripp**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | HUBC | 3/6/2023 | 1,950 | $1.7300 |
| Purchase | HUBC | 3/6/2023 | 10,522 | $1.7300 |
| Purchase | HUBC | 3/6/2023 | 3,105 | $1.7300 |
| Purchase | HUBC | 3/6/2023 | 1,500 | $1.7300 |
| Purchase | HUBC | 3/10/2023 | 5,681 | $1.5200 |
| Purchase | HUBC | 3/10/2023 | 571 | $1.5200 |
| Purchase | HUBC | 3/10/2023 | 2,937 | $1.5200 |
| Purchase | HUBC | 3/10/2023 | 600 | $1.5200 |
| Purchase | HUBC | 3/10/2023 | 211 | $1.5200 |
| Purchase | HUBC | 3/13/2023 | 1,248 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 193 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 1 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 1,285 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 1,000 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 5,000 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 822 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 1 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 11 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 500 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 1 | $1.5600 |
| Purchase | HUBC | 3/13/2023 | 2,438 | $1.5600 |
| Purchase | HUBC | 3/15/2023 | 935 | $1.8200 |
| Purchase | HUBC | 3/15/2023 | 400 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 200 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 200 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 25 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 100 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 600 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 100 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 200 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 900 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 54 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 500 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 400 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 10 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 90 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 400 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 514 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 100 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 100 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 100 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 2,990 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 100 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 300 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 100 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 100 | $2.1000 |
| Purchase | HUBC | 3/15/2023 | 817 | $2.1000 |
| Purchase | HUBC | 3/16/2023 | 86 | $2.0300 |
| Purchase | HUBC | 3/16/2023 | 100 | $2.0300 |
| Purchase | HUBC | 3/16/2023 | 100 | $2.0300 |
| Purchase | HUBC | 3/16/2023 | 600 | $2.0300 |
| Purchase | HUBC | 3/16/2023 | 100 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 100 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 4,384 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 266 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 100 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 78 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 1,000 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 50 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 932 | $2.0500 |

**HUB Cyber Security Ltd. (HUBC)**                                                           **Reese Tripp**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | HUBC | 3/16/2023 | 300 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 400 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 3,500 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 2,900 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 4 | $2.0500 |
| Purchase | HUBC | 3/16/2023 | 10 | $2.9000 |
| Purchase | HUBC | 3/16/2023 | 220 | $2.9000 |
| Purchase | HUBC | 3/16/2023 | 10 | $2.9000 |
| Purchase | HUBC | 3/16/2023 | 362 | $2.9000 |
| Purchase | HUBC | 3/16/2023 | 500 | $2.9300 |
| Purchase | HUBC | 3/16/2023 | 1,500 | $2.9300 |
| Purchase | HUBC | 3/16/2023 | 965 | $2.9300 |
| Purchase | HUBC | 3/16/2023 | 300 | $2.9300 |
| Purchase | HUBC | 3/16/2023 | 200 | $2.9300 |
| Purchase | HUBC | 3/16/2023 | 500 | $2.9300 |
| Purchase | HUBC | 3/16/2023 | 6,273 | $2.9300 |
| Purchase | HUBC | 3/17/2023 | 302 | $3.0100 |
| Purchase | HUBC | 3/27/2023 | 1,032 | $1.8700 |
| Purchase | HUBC | 3/27/2023 | 3,900 | $1.8700 |
| Purchase | HUBC | 3/27/2023 | 50 | $1.8700 |
| Purchase | HUBC | 3/27/2023 | 1,018 | $1.8700 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I,  Rodrigue Fodjo _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against HUB Cyber Security Ltd. ("HUB") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire the securities that are the subject of the Complaint at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors as defined in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in the relevant securities as set forth in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

**Executed** <u>10/16/2023</u>
                   **(Date)**

DocuSigned by:

492E9C4C1B304ED...

**(Signature)**

Rodrigue fodjo

**(Type or Print Name)**

**HUB Cyber Security Ltd. (HUBC)**                                                              **Rodrigue Fodjo**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| _Account 1_ | | | | |
| Purchase | HUBC | 3/20/2023 | 3,200 | $2.3000 |
| Purchase | HUBC | 3/20/2023 | 100 | $2.0450 |
| Purchase | HUBC | 3/20/2023 | 3,000 | $2.1000 |
| Purchase | HUBC | 3/21/2023 | 3,000 | $1.7899 |
| Purchase | HUBC | 3/21/2023 | 1,400 | $1.8790 |
| Purchase | HUBC | 3/23/2023 | 5,000 | $2.0000 |
| Purchase | HUBC | 3/27/2023 | 8,000 | $1.8400 |
| Purchase | HUBC | 3/27/2023 | 5,000 | $1.9000 |
| Purchase | HUBC | 3/28/2023 | 1,200 | $1.5599 |
| Purchase | HUBC | 3/28/2023 | 250 | $1.6886 |
| Purchase | HUBC | 3/29/2023 | 1,680 | $1.3700 |
| Purchase | HUBC | 3/29/2023 | 3,500 | $1.4600 |
| Purchase | HUBC | 3/29/2023 | 3,620 | $1.4099 |
| Purchase | HUBC | 3/29/2023 | 3,000 | $1.5188 |
| Purchase | HUBC | 3/29/2023 | 3,800 | $1.4700 |
| Purchase | HUBC | 3/31/2023 | 735 | $1.2592 |
| Purchase | HUBC | 4/4/2023 | 685 | $1.3799 |
| Purchase | HUBC | 4/5/2023 | 530 | $1.2900 |
| Purchase | HUBC | 4/6/2023 | 6,030 | $1.2600 |
| Purchase | HUBC | 4/17/2023 | 765 | $1.2199 |
| Purchase | HUBC | 4/19/2023 | 600 | $1.1399 |
| Purchase | HUBC | 4/20/2023 | 2,622 | $1.1200 |
| Sale | HUBC | 3/22/2023 | (10,700) | $2.2780 |
| Sale | HUBC | 3/24/2023 | (5,000) | $2.0700 |
| Sale | HUBC | 5/1/2023 | (42,000) | $0.7782 |
| | | | | |
| _Account 2_ | | | | |
| Purchase | RNER | 2/28/2023 | 4,000 | $5.0600 |
| Purchase | RNER | 2/28/2023 | 3,210 | $5.0448 |
| Purchase | RNER | 2/28/2023 | 3,210 | $5.0728 |
| Exchange | RNER-> HUBC | 3/1/2023 | 9,368 | |
| Purchase | HUBC | 3/2/2023 | 250 | $1.3087 |
| Purchase | HUBC | 3/2/2023 | 300 | $1.3087 |
| Purchase | HUBC | 3/2/2023 | 400 | $1.3087 |
| Purchase | HUBC | 3/3/2023 | 270 | $1.6682 |
| Purchase | HUBC | 3/3/2023 | 2,700 | $1.6694 |
| Purchase | HUBC | 3/6/2023 | 200 | $1.3700 |
| Purchase | HUBC | 3/6/2023 | 3 | $1.7200 |
| Purchase | HUBC | 3/15/2023 | 3,900 | $2.1183 |
| Purchase | HUBC | 3/15/2023 | 5,960 | $2.1058 |
| Purchase | HUBC | 3/16/2023 | 2,500 | $2.1254 |
| Purchase | HUBC | 3/16/2023 | 3,000 | $2.1100 |
| Purchase | HUBC | 3/17/2023 | 6,600 | $2.7275 |
| Purchase | HUBC | 3/17/2023 | 9,780 | $2.7373 |
| Purchase | HUBC | 3/20/2023 | 100 | $2.4084 |
| Sale | HUBC | 3/3/2023 | (250) | $1.7112 |
| Sale | HUBC | 3/3/2023 | (300) | $1.6312 |
| Sale | HUBC | 3/3/2023 | (3,289) | $1.6870 |
| Sale | HUBC | 3/15/2023 | (3,866) | $2.1600 |
| Sale | HUBC | 3/15/2023 | (5,786) | $2.1700 |
| Sale | HUBC | 3/16/2023 | (6,400) | $2.2044 |
| Sale | HUBC | 3/16/2023 | (8,960) | $2.1800 |
| Sale | HUBC | 3/17/2023 | (3,200) | $2.8800 |
| Sale | HUBC | 3/17/2023 | (4,780) | $2.8800 |
| Sale | HUBC | 5/1/2023 | (3,400) | $0.7400 |
| Sale | HUBC | 5/1/2023 | (5,100) | $0.7423 |