| | |
|---|---|
| EFRAT INVESTMENTS LLC, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   -against-<br><br>HUB CYBER SECURITY LTD., et al,<br><br>      Defendants.<br>_____<br>DUSTIN GREEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   -against-<br><br>HUB CYBER SECURITY LTD., et al,<br><br>      Defendants. | 23-CV-05764 (AS),<br>23-cv-06668 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  The lead plaintiff conference currently set for November 8, 2023, at 9:00 AM is **hereby adjourned to November 8, 2023, at 10:00 AM.**

  SO ORDERED.

Dated: November 7, 2023
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge