| | |
|---|---|
| EFRAT INVESTMENTS LLC, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>               -against-<br><br>HUB CYBER SECURITY LTD., et al,<br><br>                     Defendants.<br>―――――――――――――――――――――<br>DUSTIN GREEN, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>               -against-<br><br>HUB CYBER SECURITY LTD., et al,<br><br>                     Defendants. | 23-CV-05764 (AS),<br>23-cv-06668 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

       For the reasons stated at the conference held on November 8, 2023, the unopposed motions to (1) consolidate *Efrat Investments v. Hub Cyber Security LTD* (23cv5764) and *Green v. Hub Cyber Security LTD* (23cv6668), (2) appoint Aryeh Agam and Shimon Aharon as lead plaintiffs, and (3) appoint Glancy Prongay & Murray LLP and The Law Offices of Jacob Sabo as co-lead counsel are GRANTED. Dkt. No. 21.

       The above-captioned cases should be consolidated for all purposes, pursuant to Federal Rule of Civil Procedure 42(a) as *In re Hub Cyber Security Ltd.*, Master File No. 1:23-cv-05764-AS. All filings should be made on that docket.

       The parties are ORDERED to submit a letter-motion by November 10, 2023, detailing the schedule for this case that was discussed at today's conference.

The Clerk of Court is directed to terminate the motions at Dkt. Nos. 18, 21, and 24 on the 23cv5764 docket and the motion at Dkt. No. 11 on the 23cv6668 docket.

SO ORDERED.

Dated: November 8, 2023
      New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge