*In re Hub Cyber Security Ltd.*, Case No. 1:23-cv-05764-AS

**Chart of Elements Not Plausibly Alleged**

| CLAIM | ELEMENTS NOT PLAUSIBLY ALLEGED |
|---|---|
| COUNT I:<br>§ 11 of the Securities Act | • Standing<br>• False or misleading statement of material fact or omission |
| COUNT II:<br>§ 12 of the Securities Act | • Standing<br>• Statutory seller<br>• False or misleading statement of material fact or omission |
| COUNT III:<br>§ 15 of the Securities Act | • Primary violation of Section 11 of Section 12<br>• Actual control over the transaction in question<br>• Culpable participation by any Individual Defendant |