**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HUB CYBER SECURITY LTD., | Case No. 1:23-cv-05764-AS<br><br>Hon. Arun Subramanian |

**NOTICE OF DEFENDANTS' MOTION FOR JUDICIAL NOTICE**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, Defendants Hub Cyber Security, Ltd. ("Hub"), Manish Agarwal, and Matthew Kearney ("Defendants"), through their attorney, will move this Court at such time set by the Court, before the Honorable Arun Subramanian, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl St., Courtroom 15A, New York, NY 10007, for an order granting Defendants' Motion for Judicial Notice, and granting any other relief as this Court deems just and proper.

Dated: April 12, 2024

Respectfully submitted,

PILLSBURY WINTHROP SHAW
PITTMAN LLP

/s/ *Ari M. Berman*
Ari M. Berman
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-6131
Tel. No.: (212) 858-1638
Fax No.: (212) 858-1500
E-mail: ari.berman@pillsburylaw.com
*Attorney for Defendants Hub Cyber Security*
*Ltd., Manish Agarwal, and Matthew Kearney*