**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE HUB CYBER SECURITY LTD.,

Case No. 1:23-cv-05764-AS

Hon. Arun Subramanian

<u>**DECLARATION OF ARI BERMAN IN SUPPORT OF DEFENDANTS' MOTION FOR JUDICIAL NOTICE**</u>

1.    I am a partner at Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"). Pillsbury represents Defendants Hub Cyber Security, Ltd. ("Hub"), Manish Agarwal, and Matthew Kearney ("Defendants") in the above-captioned action.

2.    I am licensed and in good standing to practice law in the State of New York.

3.    I submit this declaration in support of Defendants' Motion for Judicial Notice.

4.    Attached to Defendants' Motion for Judicial Notice as **Exhibit A** is a true and correct copy of the Form F-4 with its Ex.10.6, filed with the Securities and Exchange Commission on December 2, 2022, available at https://www.sec.gov/Archives/edgar/data/1905660/000110465922124022/tm2223104-14_f4a.htm and at https://www.sec.gov/Archives/edgar/data/1905660/000110465922093927/tm2223104d2_ex10-6.htm.

5.    Attached to Defendants' Motion for Judicial Notice as **Exhibit B** is a true and correct copy of the Form 424B3, filed with the Securities and Exchange Commission on December

9,                    2022,                    available                    at

https://www.sec.gov/Archives/edgar/data/1905660/000110465922125805/tm2223104-

17_424b3.htm.

6.    Attached to Defendants' Motion for Judicial Notice as **Exhibit C** is a true and correct copy of a motion to dismiss hearing transcript from in *Majahz v. Hub Cyber Security Ltd. et al.*, Class Action 11921-03-23 in the Economic Division of the Tel Aviv-Yafo District Court in Hebrew with its certified translation.

7.    Attached to Defendants' Motion for Judicial Notice as **Exhibit D** is a true and correct copy of the Exhibits 99.1 and 99.2 to Form 6-K, filed with the Securities and Exchange Commission on    January    8,    2024,    available    at    https://www.sec.gov/ Archives/edgar/data/1905660/000121390024001776/ea191299ex99-

1_hubcyber.htm                    and                    at

https://www.sec.gov/Archives/edgar/data/1905660/000121390024001776/ea191299ex99-

2_hubcyber.htm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 12, 2024.

/s/ Ari M. Berman
Ari M. Berman

2