**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HUB CYBER SECURITY LTD., | Case No. 1:23-cv-05764-AS <br><br> Hon. Arun Subramanian |

## DECLARATION OF HAGIT BLAIBERG IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

1. I am head of Litigation Department at Goldfarb Gross Seligman ("Goldfarb"). I am licensed to practice law in Israel.

2. I submit this Declaration in support of Defendants' Request for Judicial Notice.

3. Goldfarb represents Defendant Hub Cyber Security Ltd. ("Hub") in *Majahz v. Hub Cyber Security Ltd. et al.*, Class Action 11921-03-23 in the Economic Division of the Tel Aviv-Yafo District Court (the "Israeli Action").

4. The document filed as Exhibit C, (The Hebrew version) to Defendants' request for judicial notice is a true and correct copy of the transcript from the hearing on the motion to dismiss in the Israeli Action, held on March 24, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 10, 2024.

*Hagit Blaiberg*
_____
HAGIT BLAIBERG