# EXHIBIT E

**האב אבטחת מידע (ישראל) בע"מ**

מספר ברשם: 511029373

| | | | |
|---|---|---|---|
| שודר במגנא: 29/09/2022 | תא094 ( פומבי ) | לכבוד: הבורסה לניירות ערך בת"א בע"מ | לכבוד: רשות ניירות ערך |
| אסמכתא: 2022-01-121954 | | www.tase.co.il | www.isa.gov.il |

## דוח מיידי על נושא משרה בכירה שחדל לכהן בתפקידו

**תקנה 34 (א) לתקנות ניירות ערך (דוחות תקופתיים ומיידיים), התש"ל -1970**

הסבר: בהתאם לתקנה 34 (ד) לתקנות ניירות ערך (דוחות תקופתיים ומיידים) התש"ל - 1970, יש להגיש במקביל להגשת טופס זה מצבת נושאי משרה בכירה במסגרת טופס ת097

מספרי אסמכתאות של דיווחים קודמים בנושא: _____ , _____ _____ , _____ .

1. שם פרטי: *לבנה*

שם תאגיד/ שם משפחה: *שיפמן*

שם תאגיד/ שם משפחה ושם פרטי באנגלית: *Levana Shifman*

סוג מספר זיהוי: *מספר תעודת זהות*

מספר זיהוי: *023631997*

אזרחות/ ארץ התאגדות או רישום: *אדם פרטי עם אזרחות ישראלית*

ארץ אזרחות / התאגדות או רישום: _____

2. התפקיד שחדל למלא:

| | |
|---|---|
| *דירקטור בלתי תלוי* | **1** |
| _____ | |

הסבר: יש למלא את הפרטים הבאים אם חדל למלא תפקיד של דירקטור שמונה מטעם תאגיד שהוא דירקטור

שם התאגיד הדירקטור שמינה את היחיד: _____

סוג מספר זיהוי: _____

מספר זיהוי: _____

אזרחות/ ארץ התאגדות או רישום: _____

ארץ אזרחות / התאגדות או רישום: _____

3. תאריך בו חדל או יחדל לכהן: *25/09/2022* תאריך תחילת הכהונה: *21/06/2021*

4. לפי מיטב ידיעת התאגיד הפרישה: *אינה כרוכה* בנסיבות שיש להביאן לידיעת המחזיקים בני"ע של התאגיד
_____ .

הסבר: אם הפרישה כרוכה בנסיבות שיש להביאן לידיעת המחזיקים בני"ע של התאגיד יש לפרט.

5. אופן סיום הכהונה: *סיום כהונה*
_____

6. התפקיד שממשיך למלא בתאגיד: *איננו ממלא כל תפקיד בתאגיד* _____

האם ממשיך לכהן כנושא משרה בכירה בחברה לא

הסבר: במידה ומשמש כמורשה חתימה אלקטרונית ותואר תפקידו שונה - יש לדווח על גבי טופס ת300 . אם איננו ממלא כל תפקיד בתאגיד – יש לדווח בטופס ת301 במקביל.

7. האם הדירקטור היה חבר בוועדת דירקטוריון כן ,

שם הועדה *ביקורת, תגמול, ציות*

8. האם נושא המשרה הבכירה ימשיך לאחר פרישתו להיות בעל עניין מכוח אחזקות: *לא* / מכוח היותו נושא משרה בכירה כנדרש בתקנה 33(ח) לתקנות ניירות ערך (דוחות תקופתיים ומיידים), התש"ל – 1970 לא

9. האם החברה ראתה את הדירקטור שפרש כבעל מומחיות חשבונאית ופיננסית? *כן*

10. להלן נוסח הודעת התפטרות דירקטור חיצוני והסיבות להתפטרות:

_____

_____

<span style="color:red">הסבר: יש למלא רק אם מדובר בהתפטרות דירקטור חיצוני.</span>

11. האם החברה ראתה את הדירקטור שפרש כדירקטור בלתי תלוי? _____

האם פחת שיעור הדירקטורים הבלתי תלויים המכהנים בדירקטוריון משיעור הדירקטורים הבלתי תלויים הנדרש בהתאם להוראה בתקנון בדבר עצמאות הדירקטוריון? *לא רלוונטי*

האם למרות הפרישה ישנו רוב לדירקטורים הבלתי תלויים *לא*

12. התאריך והשעה בהם נודע לתאגיד לראשונה על הארוע או העניין נשוא הדיווח: ביום: *25/09/2022* בשעה: *12:00*

**פרטי החותמים המורשים לחתום בשם התאגיד:**

| שם החותם | תפקיד | |
|---|---|---|
| 1 | *אייל משה* | *מנכ"ל ודירקטור* _____ |

<span style="color:red">הסבר: לפי תקנה 5 לתקנות דוחות תקופתיים ומיידיים (התש"ל – 1970), דוח המוגש לפי תקנות אלו ייחתם בידי המורשים לחתום בשם התאגיד. עמדת סגל בנושא ניתן למצוא באתר הרשות: <u>לחץ כאן</u>.</span>

מספרי אסמכתאות של מסמכים קודמים בנושא (אין האזכור מהווה הכללה על דרך הפניה):

ניירות ערך של התאגיד רשומים למסחר בבורסה בתל-אביב     תאריך עדכון מבנה הטופס: 13/09/2022

שם מקוצר: האב אבטחת מידע

כתובת: שדרות רוטשילד 17 , תל אביב - יפו 6688120    טלפון: 03-7913200 , פקס: 03-7913210

דואר אלקטרוני: tase@hubsecurity.com    אתר החברה: https://hubsecurity.com/

שמות קודמים של ישות מדווחת: אי.אל.די. אדוונסד לוגיסטיקס דוולופמנטס בע"מ

שם מדווח אלקטרוני: בן-אבי אלון תפקידו: יועץ משפטי חיצוני שם חברה מעסיקה: גיסין ושות', עורכי-דין

כתובת: הברזל 38B , תל אביב 6971054 טלפון: 03-7467777 פקס: 03-7467700 דואר אלקטרוני: alonb@gissinlaw.co.il

Hub Information Security (Israel) Ltd.
Registry number: 511029373

| Attn: Israel Securities Authority | The Tel Aviv Stock Exchange Ltd | T094 (Public) | Transmitted in Magna: 29/09/2022 |
|---|---|---|---|
| www.isa.gov.il | www.tase.co.il | | Reference: 2022-01-121954 |

**<u>Quick report on a senior official who has ceased to serve in their position</u>**

Regulation 34 (A) of the Securities Regulations (Periodic and Immediate Reports), 5730-1970

<span style="color:red">Explanation: in accordance with the Regulation 34 (D) of the Securities Regulations (Periodic and Immediate Reports), 5730-1970, a list of senior officers must be submitted concurrently with the submission of this form using Form T097</span>

Reference numbers of previous reports on this subject:_____, _____, _____

1.  First name: *Levana*

    Corporate name / Last name: *Shifman*

    Corporate name / last name and first name in English: *Levana Shifman*

    Type of ID number: *ID card number*

    ID number: *023631997*

    Citizenship / country of incorporation or registration: *An individual with Israeli citizenship*

    Country of citizenship / incorporation or registration: _____

2.  The position that has ceased to be filled:

| 1 | *Independent director* | _____ |
|---|---|---|

<span style="color:red">Explanation: The following details must be filled in if the position of a director appointed by a corporation of which he is a director ceases to be filled</span>

    The name of the corporation, the director who appointed the individual: _____

    Type of ID number: _____

    ID number: _____

    Citizenship / country of incorporation or registration: _____

    Country of citizenship / incorporation or registration: _____

3.  Date on which he ceased or will cease to serve: *25/09/22* Start date of service: *21/06/2021*

4.  To the best of the corporation's knowledge, the retirement is: *not related* to circumstances that must be brought to the attention of the holders of the corporation's shares

    _____

    <span style="color:red">Explanation: If the retirement involves circumstances that must be brought to the attention of the holders of the corporation's shares, it must be specified.</span>

5.  Manner of ceasing the service: *End of service*

    _____

6.  The position he continues to fill in the corporation: *Not filling any position in the corporation*_____

    Does the individual continue serving as a senior officer in the company: *No*

    <span style="color:red">Explanation: If the individual is serving as an authorized electronic signatory and the job title has changed, report on Form T300. If the individual is not holding any position in the corporation, report on Form T301 concurrently.</span>

7.  Was the director a member of the Board of Directors? *Yes*

    Name of the Committee: *Control, benefits, compliance*

8.  Will the holder of the senior office continue after his retirement to be an interested party by virtue of holdings: *No /* By virtue of being a senior officer as required by Regulation 33H of the Securities Regulations (Periodic and Immediate Reports), 5730-1970: *No*

9.  Did the company see the retired director as having accounting and financial expertise? *Yes*

10.    Below is the text of the external director's resignation notice and the reasons for the resignation:

_____

_____

<span style="color:red">Explanation: Must be filled in only if it is an external director's resignation.</span>

11.    Did the company consider the retired director as an independent director? _____

Did the proportion of independent directors serving on the board decrease from the proportion required by the bylaws for board independence? *Not relevant*

Is there a majority for the independent directors despite the retirement? *No*

12.    The date and time when the corporation first became aware of the event or matter that is the subject of the report: On: *25/09/2022* at: *12:00 p.m.*

**Details of the signatories authorized to sign on behalf of the corporation:**

|   | Signatory name | Position |
|---|----------------|----------|
| 1 | *Eyal Moshe* | *CEO and Director* <br> _____ |

<span style="color:red">Explanation: According to Regulation 5 of the Periodic and Immediate Reports Regulations, 5730-1970, a report submitted according to these regulations must be signed by the authorized signatories on behalf of the corporation. To see the position of administration regarding this topic, please visit the authority's website: Click here</span>

Reference numbers of previous documents on the subject (a mention does not constitute a generalization by way of reference):

The corporation's securities are listed for trading on the Tel Aviv Stock Exchange                    Form structure updated on: 13/09/2022

Short name: Hub Information Security

Address: 17 Rothschild Blvd., Tel Aviv – Yafo 6688120 Telephone: 03-7913200 Fax: 03-7913210

Email: tase@hubsecurity.com Company Website: https://hubsecurity.com

Previous names of reporting entity: I.L.D. Advanced Logistics Developments Ltd.

Electronic reporting name: Ben-Avi Alon Position: External legal counsel  Name of the employing company: Gissin & Co. Law Firm

Address: 38B Habarzel, Tel Aviv 6971054, Telephone: 03-7467777, Fax: 03-7467700, Email: alonb@gissinlaw.co.il



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):                    Report Concerning Levana from September 29 2022 (094)

Source Language(s):          Hebrew

Target Language(s):          English

*Authorized Signature:*                                    *Signature, Notary Public:*

*Name:*    Shayna Himelfarb

*Title:*    Project Manager

*Date:*    May 30, 2024

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

*Stamp: Notary Public*

Reason for signature: I approve the accuracy of this document content as written

---