**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE HUB CYBER SECURITY LTD.,

Case No. 1:23-cv-05764-AS

Hon. Arun Subramanian

**DECLARATION OF ARI M. BERMAN IN SUPPORT OF DEFENDANTS' MOTION**
**FOR JUDICIAL NOTICE**

1.      I am a partner at Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"). Pillsbury represents Defendants Hub Cyber Security Ltd. ("Hub"), Manish Agarwal, Matthew Kearney, Hugo Goldman, Uzi Moscovich, Zeev Zell, Moti Franko, Levana Shifman, and Moshe Raines ("Defendants") in the above-captioned action.

2.      I am licensed and in good standing to practice law in the State of New York.

3.      I submit this declaration in support of Defendants' Motion for Judicial Notice.

4.      Attached to Defendants' Motion for Judicial Notice as **Exhibit A** is a true and correct copy of the Form F-4 with its Exhibit 10.6, filed with the Securities and Exchange Commission on December 2, 2022.[1]

---

[1] Available at
https://www.sec.gov/Archives/edgar/data/1905660/000110465922124022/tm2223104-14_f4a.htm and at
https://www.sec.gov/Archives/edgar/data/1905660/000110465922093927/tm2223104d2_ex10-6.htm.

5.	Attached to Defendants' Motion for Judicial Notice as **Exhibit B** is a true and correct copy of the Form 424B3, filed with the Securities and Exchange Commission on December 9, 2022.[2]

6.	Attached to Defendants' Motion for Judicial Notice as **Exhibit C** is a true and correct copy of the transcript from the hearing on the motion to dismiss, held on March 24, 2024, in *Majahz v. Hub Cyber Security Ltd. et al.*, Class Action 11921-03-23 in the Economic Division of the Tel Aviv-Yafo District Court, in Hebrew with its certified translation.

7.	Attached to Defendants' Motion for Judicial Notice as **Exhibit D** is a true and correct copy of the Form 6-K with its Exhibits 99.1 and 99.2, filed with the Securities and Exchange Commission on January 8, 2024.[3]

8.	Attached to Defendants' Motion for Judicial Notice as **Exhibit E** is a true and correct copy of a report titled "Immediate Report of a Senior Officer Who Ceased to Serve in His Position" (Form E094) that Hub filed with the Israel Securities Authority on September 29, 2022 with its certified translation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2024.

*/s/ Ari M. Berman*
Ari M. Berman

---

[2] Available at
https://www.sec.gov/Archives/edgar/data/1905660/000110465922125805/tm2223104-17_424b3.htm.

[3] Available at
https://www.sec.gov/Archives/edgar/data/1905660/000121390024001776/ea191299ex99-1_hubcyber.htm and at
https://www.sec.gov/Archives/edgar/data/1905660/000121390024001776/ea191299ex99-2_hubcyber.htm.