## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE HUB CYBER SECURITY LTD.,

Case No. 1:23-cv-05764-AS

Hon. Arun Subramanian

## DECLARATION OF HAGIT BLAIBERG IN SUPPORT OF DEFENDANTS' MOTION FOR JUDICIAL NOTICE

1.      I am head of Litigation Department at Goldfarb Gross Seligman ("Goldfarb"). I am licensed to practice law in Israel.

2.      I submit this Declaration in support of Defendants' Motion for Judicial Notice.

3.      Goldfarb represents Defendants Hub Cyber Security Ltd. ("Hub"), Uzi Moscovich, Zeev Zell, Moti Franko, Moshe Raines, and Levana Shifman, as well as 2 other individuals who are not parties to the above-captioned action, in *Majahz v. Hub Cyber Security Ltd. et al.*, Class Action 11921-03-23 in the Economic Division of the Tel Aviv-Yafo District Court (the "Israeli Action").

4.      The document filed as Exhibit C (the Hebrew version) to Defendants' motion for judicial notice is a true and correct copy of the transcript from the hearing on the motion to dismiss in the Israeli Action, held on March 24, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 30, 2024.

_____
HAGIT BLAIBERG