**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HUB CYBER SECURITY LTD., | Case No. 1:23-cv-05764-AS<br><br>Hon. Arun Subramanian |

**DECLARATION OF CHAYIM LIEBERMAN IN SUPPORT OF DEFENDANTS'**
**MOTION FOR JUDICIAL NOTICE**

1.      I am Commercial Legal Counsel at Hub Cyber Security Ltd. ("Hub") and I am licensed to practice law in Israel.

2.      I submit this Declaration in support of Defendants' Motion for Judicial Notice.

3.      The document filed as Exhibit E (the Hebrew version) to Defendants' motion for judicial notice is a true and correct copy of an 'Immediate Report of a Senior Officer Who Ceased to Serve in His Position' (Form E094) that Hub filed with the Israel Securities Authority on September 29, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2024.

CHAYIM LIEBERMAN