UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HUB CYBER SECURITY LTD. | 1:23-CV-05764-AS |

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law, dated May 31, 2024, the Declaration of Matthew C. DeFrancesco, Esq., exhibits annexed thereto, and upon all prior pleadings and proceedings heretofore, Defendant Eyal Moshe ("Moving Defendant"), through his undersigned attorneys, will move this Court at such time set by the Court, before the Honorable Arun Subramanian, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl St., Courtroom 15A, New York, NY 10007, for an order dismissing Plaintiffs' Amended Complaint, with prejudice, pursuant to Rules 9(b), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, and granting any other relief as this Court deems just and proper.

Dated May 31, 2024
New York, NY

PIERSON FERDINAND LLP

/s/ Aurora Cassirer
Aurora Cassirer
Christina H. Bost Seaton
Matthew DeFrancesco
1270 Avenue of the Americas
Seventh Fl.-7050
New York, NY 10020
Tel.: (917)-817-6617
Aurora.cassirer@pierferd.com
Matthew.defrancesco@pierferd.com
*Counsel for Defendant Eyal Moshe*

1