UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HUB CYBER SECURITY LTD. | 1:23-CV-05764-AS |
| | **DECLARATION OF MATTHEW C. DEFRANCESCO, ESQ.** |

I, MATTHEW C. DEFRANCESCO, ESQ., under penalty of perjury, hereby declares as follows:

1. I am a partner at Pierson Ferdinand LLP, counsel to Defendant Eyal Moshe ("Moving Defendant") in the above-captioned matter. I am an attorney duly admitted to practice in the State of New York, and I submit this declaration in support of Moving Defendant's Motion to Dismiss. Unless otherwise stated, I have personal knowledge of the facts and circumstances set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Form F-4 Statement of Hub Cyber Security (Israel) Ltd., as referenced in Plaintiff's Amended Complaint, which was filed with the United States Securities and Exchange Commission on August 24, 2022.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the proxy of Hub, as referenced in Plaintiff's Amended Complaint, which was filed with the United States Securities and Exchange Commission on December 8, 2022.

4. Attached hereto as Exhibit C is a true and correct copy of the investor presentation referenced in Plaintiff's Complaint, dated April 4, 2022.

Dated: New York, New York

May 31, 2024

PIERSON FERDINAND LLP

By: /s/ Matthew C. DeFrancesco_____
Matthew C. DeFranceso, Esq.
1720 Avenue of the Americas, 7th Fl - 1050
New York, NY 10020
914-299-1139
matthew.defrancesco@pierferd.com
*Attorneys for Defendant Eyal Moshe*