# Exhibit C

425 1 tm2211508-1_425.htm 425

Filed by Hub Cyber Security (Israel) Ltd. pursuant to
Rule 425 under the Securities Act of 1933
and deemed filed pursuant to Rule 14a-12
under the Securities Exchange Act of 1934
Subject Company: Mount Rainier Acquisition Corp.
Commission File No.: 001-40870



# Disclaimer

This presentation was prepared by Hub Cyber Security (Israel) Ltd. (the "Company" or "HUB") and does not constitute an offer to purchase or sell the Company's securities or an invitation to receive such offers and is intended solely for the provision of information. The information contained in the need to review the Company's reports which have been published to the public, including the Company's periodic report for 2021, in order to receive a complete picture of the Company's activities and risks, including the immediate reports about the merger transaction detailed in slides 17 and

In addition, this presentation includes data and estimates based on external sources, the content of which has not been independently examined by the Company and therefore the Company is not responsible for their accuracy or correctness. Additionally, the images presented throughout this presen

The information contained in the presentation does not constitute a recommendation or opinion nor a substitute for the discretion or collection and analysis of independent information of any potential investor; The presentation, and in particular the information contained in slides 9,14,15, and 18-2 Information"), which includes, among other things, forecasts, objectives, assessments, intentions, plans, estimates and other information relating to future events and/or matters, the degree of realization or non-realization of which is uncertain and not in the control of the Company. All or part of its Company's activities, unforeseen difficulties in realizing the Company's intentions and plans, change in customer desires and needs, competing behavior and developments in the economic environment and other external factors. As stated, it is based solely on the Company's subjective assessment, facts and data, all as known to the Company at the time of publication of this presentation.

## Forward-Looking Statements

Certain statements included in this Presentation are not historical facts but are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements generally relate to future events or the Con example, projections of future EBITDA and EBITDA Margin are forward-looking statements. In some cases, you can identify forward-looking statements by terminology such as "may", "should", "would", "seem", "expect", "intend", "will", "estimate", "anticipate", "believe", "future", "predict terminology, but the absence of these words does not mean that a statement is not forward-looking. Such forward-looking statements are subject to risks, uncertainties, and other factors that could cause actual results to differ materially from those expressed or implied by such forward lookin considered reasonable by the Company and its management, and SPAC and its management, as the case may be, are inherently uncertain. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, a circumstances are difficult or impossible to predict and may differ from assumptions. Many actual events and circumstances are beyond the control of the Company or SPAC. Factors that may cause actual results to differ materially from current expectations include, but are not limited to: (i negotiations and any subsequent definitive agreements with respect to the Proposed Business Combination; (ii) the outcome of any legal proceedings that may be instituted against SPAC, the combined company or others following the announcement of the Proposed Business Combination a Combination due to the failure to obtain approval of the stockholders of SPAC or the Company, to obtain certain governmental and regulatory approvals or to satisfy other conditions to closing, including delays in obtaining, adverse conditions contained in, or the inability to obtain necessary regu (iv) changes to the proposed structure of the Proposed Business Combination that may be required or appropriate as a result of applicable laws or regulations or as a condition to obtaining regulatory approval of the Proposed Business Combination; (v) the ability to meet stock exchange listi Proposed Business Combination disrupts current plans and operations of the Company as a result of the announcement and consummation of the Proposed Business Combination; (vii) the lack of a third party valuation whether or not to pursue the Proposed Business Combination; be affected by, among other things, competition, the ability of the combined company to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; (ix) costs related to the Proposed Business Combination; (x) changes in adversely affected by other economic, business, and/or competitive factors; (xii) inaccuracies for any reason in the estimates of expenses and profitability and projected financial information for the Company; and (xiii) other risks and uncertainties set forth in the section entitled "Risk Factors" an its initial public offering dated October 4, 2021.

Forward-looking statements speak only as of the date they are made. Nothing in this Presentation should be regarded as a representation by any person that the forward-looking statements set forth herein will be achieved or that any of the contemplated results of such forward-looking statements as of the date they are made. Neither the Company nor SPAC undertakes any duty to update these forward-looking statements.

## Financial Information; Non-GAAP Financial Measures

The financial information and data contained in this Presentation is unaudited and does not conform to Regulation S-X promulgated under the Securities Act of 1933, as amended. Accordingly, such information and data may not be included in, may be adjusted in or may be presented differently in Exchange Commission (the "SEC"). This Presentation includes certain financial measures not presented in accordance with United States generally accepted accounting principles ("GAAP") including, but not limited to, EBITDA and EBITDA Margin. These non-GAAP measures, and other mea superior to, measures of financial performance prepared in accordance with GAAP and may exclude items that are significant in understanding and assessing the Company's financial results or future performance. Therefore, these measures should not be considered in isolation or as an alternat performance measures derived in accordance with GAAP. You should be aware that the Company's presentation of these measures may not be comparable to similarly-titled measures used by other companies.

The Company believes these non-GAAP measures of financial results, including on a forward-looking basis, provide useful information to management and investors regarding certain financial and business trends relating to the Company's financial condition and results of operations. The C Company believes that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating projected operating results and trends in comparing the Company's financial measures with other similar companies, many of which present similar non-GAAP fin they reflect the exercise of judgments by management about which expense and income are excluded or included in determining these non-GAAP financial measures. The management of the Company does not consider these non-GAAP measures in isolation or as an alternative to financial measu This Presentation also includes certain projections of non-GAAP financial measures. Due to the high variability and difficulty in making accurate forecasts and projections of some of the information excluded from these projected measures, together with some of the excluded information not bein to be included in the most directly comparable GAAP financial measures without unreasonable effort. Consequently, no disclosure of estimated comparable GAAP measures is included and no reconciliation of the forward-looking non-GAAP financial measures is included. For the same reasons, t be material to future results.

## Use of Projections

This Presentation contains financial forecasts with respect to the Company's projected financial results for the Company's fiscal years 2021 through 2026. The Company's independent auditors have not audited, reviewed, compiled or performed any procedures with respect to the projections for provide any other form of assurance with respect thereto for the purpose of this Presentation. These projections constitute forward-looking information and should not be relied upon as being necessarily indicative of future results. The assumptions and estimates underlying the projected, exp economic, regulatory and competitive risks and uncertainties that could cause actual results to differ materially from those contained in such projections, estimates and targets. See "Forward-Looking Statements" above. Accordingly, there can be no assurance that the prospective results are indicati presented in the prospective financial information. The inclusion of projections, estimates and targets in this Presentation should not be regarded as an indication that the Company, SPAC, or their respective representatives, considered or consider the financial projections, estimates and targets to I such forecasts will be achieved.

## Industry and Market Data

The information, data and statistics contained herein are derived from various internal (including data that the Company and SPAC have internally collected) and external third-party sources. While the Company and SPAC believe such third-party information is reliable, there can be no assuranc independently verified the accuracy or completeness of the information provided by third party sources. No representation is made, by the Company's or SPAC's management, as to the reasonableness of the assumptions made within or the accuracy or completeness of any projections or modelin modeling contained herein is not an indication as to future performance. The Company and SPAC assume no obligation to update the information in this presentation.

## Participants in the Solicitation

The Company and SPAC and their respective directors and executive officers, under SEC rules, may be deemed participants in the solicitation of proxies from SPAC's stockholders in connection with the Proposed Business Combination. A list of the names of those directors and executive officers public offering dated October 4, 2021, which was filed with the SEC and is available free of charge at the SEC's web site at www.sec.gov, or by directing a request to Mount Rainier Acquisition Corp., 256 W. 38th Street, 15th Floor, New York, NY 10018, Attention: Matthew Kearney. Additional i Proposed Business Combination when available. The Company and its directors and executive officers may also be deemed to be participants in the solicitation of proxies from the stockholders of SPAC in connection with the Proposed Business Combination. A list of the names of such directors will be set forth in the proxy statement/prospectus filed as part of the registration statement on Form F-4 for the Proposed Business Combination, which is expected to be filed by the Company with the SEC.

## Additional Information for Investors and Stockholders

In connection with the Proposed Business Combination, the Company intends to file with the SEC a registration statement on Form F-4 containing a proxy statement/prospectus, and after the registration statement is declared effective by the SEC, SPAC will mail a definitive proxy statement/pr contain all the information that should be considered concerning the Proposed Business Combination and is not intended to form the basis of any investment decision or any other decision in respect of the Proposed Business Combination. This Presentation is not a substitute for any registration sta the Proposed Business Combination. Investors and security holders are advised to read, when available, the preliminary proxy statement/prospectus and the amendments thereto and the definitive proxy statement/prospectus and other documents filed in connection with the Proposed Business Proposed Business Combination.

When available, the definitive proxy statement/prospectus and other relevant materials for the Proposed Business Combination will be mailed to stockholders of SPAC as of a record date to be established for voting on the Proposed Business Combination. Stockholders will also be able to obtain c documents filed with the SEC, without charge, once available, through the website maintained by the SEC at www.sec.gov, or by directing a request to: Mount Rainier Acquisition Corp., 256 W. 38th Street, 15th Floor, New York, NY 10018, Attention: Matthew Kearney. INVESTORS AN CAREFULLY AND IN THEIR ENTIRETY WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION.

## Trademarks

The Company and SPAC own or have rights to various trademarks, service marks and trade names that they use in connection with the operation of their respective businesses. This presentation may also contain trademarks, service marks, trade names and copyrights of third-parties, which are the names or products in this presentation is not intended to, and does not imply, a relationship with the Company or SPAC, or an endorsement or sponsorship by or of the Company or SPAC. Solely for convenience, the trademarks, service marks, trade names and copyrights referred to in this presenta in any way that the Company or SPAC will not assert to the fullest extent under applicable law their respective rights or the rights of the applicable licensor(s) to these trademarks, service marks, trade names and copyrights.

Confidential

# Agenda

- About HUB

- Technology & Products

- Growth Strategy

- Mergers & Acquisitions

- The SPAC Merger

- 2021 Financial Results



Confidential

# About HUB

## HUB was established in 2017 by veterans of the 8200 and 8 intelligence unit of the Israeli Defense Forces



**Eyal Moshe**
Founder & CEO



**Andrey Laremenko**
Founder & CTO



**Ido Helshtock**
CPO



**Alon Saban**
VP Corporate
Development

Eyal is a serial entrepreneur and a former executive at CA Software with decades of experience working with government intelligence, defense industries and international track record in both enterprise and consumer implementation arenas. Formerly, Eyal was the Co-Founder of PlanetSoho, Co-Founder of Chosen/Blin.gy, a consumer application neural network on a mobile GPU camera for Snapchat gen.

Andrey served over 13 years in the IDF elite 8200 intelligence unit where he led some of IDF's most advanced intelligence computing projects for national security. Andrey specializes in system and architecture design for complex cybersecurity requirements with proficiency in in RF, board design, embedded programming, FPGA design and implementation. He holds a Bachelor of Science in Signal Processing from Tel Aviv University and leads all technology innovations in HUB.

Ido is a telecommunication and cybersecurity expert with over 20 years of experience in the IDF Intelligence. He has led mission-critical research and development projects in the field of secure communication, electronic & cyber warfare. In the last 13 years, Ido spearheaded and delivered 2G and LTE encrypted Military Cellular programs, including the IDF Flagship Digital Army program. Ido has an M.Sc. in Electrical and Computer Engineering from Ben Gurion University and an MBA from Bar Ilan University.

Alon brings with him over 23 years of experience in national security cyber agencies holding multiple roles as a top ranked IDF Intelligence officer. Alon was part of the IDF cyber strategy overhaul across all Israeli Security Agencies, where he led over 70 engineers in diverse R&D cyber teams developing custom solutions and special cyber defense capabilities. Alon holds an M.Sc. in Mathematics from the University of Haifa and an MBA from the Technion Institute of Technology.

Confidential

# HUB's 'WHY'

## HUB's main goal is to offer innovative technologies that would change the paradigm of defensive cyber

## Why?

- Because we think that Cybersecurity is flawed
- Cyber hacks are a daily phenomena within the largest enterprises and governments in the world despite billions of dollars in defence budgets
- Millions of records are being stolen, held ransom and exposed daily



Confidential

# What we do



**This**
**Confident**

There are 3 main areas of cyber protection

Almost all companies are dealing with 1&2

| 1. Data protection while AT REST | 2. Data protection while IN TRANSIT | 3. Data prot |

This is the
breach in

For example:

When data is stored on a hard-drive

For example:

When data is sent by Email

For exampl
When a file
and being u
memory & (

**This is ho**
**works**

HUB has developed a holistic hardware solution for end-to-end

Confidential

# Joining Confidential Computing lead

This is one of the most innovative and hottest areas of cyber defense, and HUB has joined the companies that serve as leaders in this field worldwide

**Important to note:** This is an entire new field! The cutting edge of cyber defense that has just begun to evolve

  

Confidential

# Our Solutions - 4 product families

## HUB has a wide range of solutions for organizations, governm

**48U Powerhouse**
Enterprise Server
Rack Unit

**1U, 2U & 4U**
Enterprise
Server Module

**PCI Card Module**
For integration with Edge
Computing and Distributed
AI-computing hubs







**COMMERCIAL**

**SERVERS THAT REPLACE
EXISTING HARDWARE**

**COMMERCIAL**

**A PCI CARD UPGRADING
EXISTING HARDWARE**

Confidential

# Market Potential

The Confidential Computing sector is expected to grow at a rate of near 100% per year CAGR over the next 5 years and reach approximately $54 billion in 2026.





Confidential Computing
Research © 2021, Everest
Global, Inc

Confidential

# The Challenge

**However,**

1.  **Achieving a recognized supplier status with governments and organizations may take years!**
2.  **The value chain and contractual control is usually maintained by integrators and not mere technology providers**

Confidential

# Strategic Solution

However,

1. Achieving a recognized supplier status with governments and organizations may take years!

2. The value chain and contractual control is usually maintained by integrators and not mere technology providers

1. HUB merged with ALD to gain immediate access to top clientele and saved years

2. HUB acquired ability of becor integrator in la and enterprise

Confidential

# Our Achievement

In just 12 months, we've transitioned from a technology-only pr global integration company specializing in the field of defensive confidential computing with potential for growth and the ability t projects with governments and organizations



Confidential

# Highlights for this period

## HUB today:

- About 600 employees

- A distribution network of 30+ countries

- Direct access (as an approved supplier) to approx. 1,500 high-pro

- A company with leading technology in a cutting-edge cybersecurit

**Leading customers**

  

   

Confidential

# Our Revenue Projections

There is a complete synergy between the technology and professional services arm

- Both arms support each other in cross sales
- While both are expected to grow, the technology and innovation arm is expected revenue generator



**Relative revenues performance chart**  Innovation Arm  Professional Services

Confidential

# 5YR Financial Projections

| USD (Millions) | | 2020 | | 2021E [1] | | 2022E [2] | | 2023E | | 2024E | | 2025E | | 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| Professional Services | $ | 67.0 | $ | 76.4 | $ | 76.8 | $ | 82.7 | $ | 89.0 | $ | 95.9 | $ | 103.4 |
| Innovation & Tec. | $ | 1.6 | $ | 1.8 | $ | 38.4 | $ | 91.8 | $ | 175.3 | $ | 348.9 | $ | 608.5 |
| **Total Revenue** | **$** | **68.6** | **$** | **78.3** | **$** | **115.2** | **$** | **174.5** | **$** | **264.3** | **$** | **444.8** | **$** | **712.0** |
| Professional Services COGS | $ | 57.7 | $ | 66.2 | $ | 64.3 | $ | 69.2 | $ | 74.6 | $ | 80.5 | $ | 86.8 |
| Innovation & Tec. COGS | $ | 0.8 | $ | 0.8 | $ | 14.7 | $ | 30.5 | $ | 55.5 | $ | 109.9 | $ | 178.5 |
| Cost of sales | $ | 58.5 | $ | 67.0 | $ | 79.0 | $ | 99.7 | $ | 130.1 | $ | 190.4 | $ | 265.3 |
| **Gross profit** | **$** | **10.1** | **$** | **11.2** | **$** | **36.2** | **$** | **74.7** | **$** | **134.2** | **$** | **254.4** | **$** | **446.6** |
| Professional Services GM% | | 13.9% | | 13.4% | | 16.3% | | 16.2% | | 16.2% | | 16.1% | | 16.1% |
| Innovation & Tec. GM% | | 51.7% | | 57.4% | | 61.7% | | 66.8% | | 68.4% | | 68.5% | | 70.7% |
| Gross Margin % | | 14.8% | | 14.4% | | 31.5% | | 42.8% | | 50.8% | | 57.2% | | 62.7% |
| **Operating Expenses** | **$** | **12.6** | **$** | **21.0** | **$** | **29.3** | **$** | **60.3** | **$** | **99.7** | **$** | **181.4** | **$** | **306.6** |
| Research & Development | $ | 1.9 | $ | 2.7 | $ | 6.6 | $ | 15.6 | $ | 27.2 | $ | 50.3 | $ | 86.9 |
| Revenue % | | 2.8% | | 3.5% | | 5.8% | | 8.9% | | 10.3% | | 11.3% | | 12.2% |
| Selling & marketing | $ | 3.1 | $ | 5.6 | $ | 12.3 | $ | 25.5 | $ | 42.7 | $ | 77.2 | $ | 123.7 |
| Revenue % | | 4.6% | | 7.2% | | 10.6% | | 14.6% | | 16.2% | | 17.3% | | 17.4% |
| General & administrative | $ | 7.5 | $ | 12.7 | $ | 10.4 | $ | 19.2 | $ | 29.9 | $ | 53.9 | $ | 96.1 |
| Revenue % | | 10.9% | | 16.2% | | 9.0% | | 11.0% | | 11.3% | | 12.1% | | 13.5% |
| **Operating profit** | **$** | **(2.4)** | **$** | **(9.8)** | **$** | **7.0** | **$** | **14.5** | **$** | **34.5** | **$** | **73.1** | **$** | **140.0** |
| Revenue % | | (3.6%) | | (12.5%) | | 6.1% | | 8.3% | | 13.1% | | 16.4% | | 19.7% |
| **EBITDA [3]** | **$** | **(1.4)** | **$** | **(6.1)** | **$** | **10.9** | **$** | **20.6** | **$** | **45.0** | **$** | **95.6** | **$** | **175.7** |
| EBITDA Margin % | | (2.1%) | | (7.8%) | | 9.4% | | 11.8% | | 17.0% | | 21.5% | | 24.7% |

(1) The estimated preliminary results for the year ended December 31, 2021 have not been audited or reviewed by the Company's independent registered public accounting firm. The Company's actual results may vary from the estimated preliminary results presented here due to the completion of its financial closing procedures and final adjustments. Accordingly, you should not place undue reliance on this preliminary data.
(2) $38.4m estimates for FY2022E Innovation & Technology is based on existing pipeline of deals in various stages of consideration and progress with over 70 companies worldwide.
(3) EBITDA is a non-IFRS measure. See "Disclaimer."
Note: Revenue projections do not include potential consolidated revenues from expected M&A activities.

Confidential

We ex

techn

two yt

$38 n

as 20

We ex

reven

servic

with $

# 5YR Financial Projections

**How did we substantiate our technology revenues forecast?**

The Company has been in the process of selling the tech for over a year now and is in advanced stages of sales w many customers around the world.

The basis for the forecast comes from an existing order b of approximately **NIS 30 million** and an additional **NIS 90 million** (approx.) in sales pipeline with over 70 companie organizations around the world (already in January 2022)

Confidential

# SPAC Merger on NASDAQ - Intro

- The pro forma enterprise valuation was made by all parties on the basis of comparable traded on the Nasdaq
- Institutional investors have made irrevocable commitments to invest approximately $ financing at a valuation of $1.28 billion.
- This $50 million PIPE investment is the minimum investment amount required to close transaction (even if all of the $173 million of SPAC funds are redeemed by the SPAC inv
- Proceeds from the PIPE are expected used as working capital to support continued gro acquisitions.



# SPAC Merger on NASDAQ - on trac

- The transaction is scheduled to close in the second half 2022 at a
  34 per share of HUB.
- HUB investors and shareholders will be left with approximately 8
  that none of the $173 million SPAC cash investments are being re
  approximately 92% of the combined company  (in the case of 100
  redemptions)



# SPAC Merger on NASDAQ

# The merger will help HUB to accelerate global growth and mainly in the U.S.



Confidential

# 2021 Financial Results

The company presents reco
revenues for YE2021 with st
revenue bookings and pipe
supporting 2022 and 2023
growth potential

Confidential

# Highlights for 2021 financial Result

1. **Record revenues of approximately 250 million NIS compared to 224 million NIS in 2020**

2. **Revenue growth forecast for 2022 of approximately 48% to NIS  370 million based on the following points:**

    A.    An accumulation of orders of approximately NIS 228 million already at the beginning of January 202:
        (1)    A backlog of orders of approximately NIS 114 million for the field of professi
        (2)    A backlog of orders of approximately NIS 31 million for the field of products
        (3)    Backlog of orders of approximately NIS 83 million for 2023

    B.    Sales procedures (pipeline) of an additional NIS 90 million in approximately 70 transactions at variou
    C.    Full merge and synergistic work with Comsec and ALD activities
    D.    Existing long-term contracts that generate cyclical revenues in the field of professional services

3. Increase in gross profit of approximately NIS 36 million (compared to nis 33 million in the corresponding period)

4. Adjusted operating loss from business operations of approximately NIS 13 million (excluding expenses for options depreciation approximately NIS 15.7 million, and another NIS 2 million in one-time expenses for a merger transactior to approximately NIS 50 million)

5. **Expected transition to operating profit in 2022**
6. A significant increase in equity to NIS 204 million (compared to only NIS 2.2 million in the corresponding period)
7. Capital to balance sheet ratio of approximately 54% - total equity of NIS 204 million out of a balance sheet of appr

Confidential

# Summary

- HUB has developed unique technology and products in the field of Confidential Computin with the potential to change the paradigm in the world of cyber security
- HUB intends to be a significant player in this field and provides solutions for governments
- HUB strengthened its position through mergers and acquisitions that gave the Company a and integration capability that put the Company at the top of the value chain in internatio
- HUB intends to merge with a Nasdaq listed SPAC (RNER) to mobilize additional economic the Company to continue to grow both organically and through mergers and acquisitions
- The merger agreement was signed and represents a potential valuation of $1.28 billion (wl NIS 34 per share) on the day of the merger.
- The Company's management continues to take aggressive steps to increase growth and th leadership in the confidential computing field

Confidential

