*In re Hub Cyber Security Ltd.*, Case No. 1:23-cv-05764-AS

**CHART OF ELEMENTS PLAUSIBLY ALLEGED**

| CLAIM | CHALLENGED ELEMENTS ARE PLAUSIBLY ALLEGED |
|---|---|
| §11 of the Securities Act of 1933 | Standing: ¶¶19-22, 52-53, 61-63<br><br>Falsity: ¶¶45-55, 64-66, 67-81, 82-92, 93, 94 96, 106-115, 116-125, 135-141 |
| §12(a)(2) of the Securities Act of 1933 | Standing: ¶¶19-22, 52-53, 61-63<br><br>Statutory Seller: ¶¶23-33, 144<br><br>Falsity: ¶¶45-55, 64-66, 67-81, 82-92, 93, 94-96, 106-115, 116-125, 143-146 |
| §15 of the Securities Act of 1933 | Primary Violation: ¶¶19-22, 45-55, 61-63, 67-81, 82-92, 93, 94-96, 106-115, 116-125, 135-141, 143-146, 150<br><br>Control: ¶¶24-33, 152<br><br>Culpable participation:[1] ¶153 |
| ALL COUNTS | Personal Jurisdiction: ¶¶24-33<br><br>Forum:[2] ¶23 |

---

[1] While the non-Moshe Defendants include "culpable participation by any Individual Defendant" in their chart, that is not an element of Plaintiffs' claims.

[2] While the non-Moshe Defendants include "forum" in their chart, "forum non conveniens" concerns the Court's jurisdiction, thus it is not an element of Plaintiffs' claims.