**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE HUB CYBER SECURITY LTD.,

Master File No. 1:23-cv-05764-AS

**DECLARATION OF CASEY E. SADLER IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT EYAL MOSHE'S
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Casey E. Sadler hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiffs Aryeh Agam and Shimon Aharon ("Lead Plaintiffs"), and Co-lead counsel for the class in the above-captioned action. I make this declaration in support of Plaintiffs' Memorandum Of Law In Opposition To Defendant Eyal Moshe's Motion To Dismiss Plaintiffs' Amended Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit A is an excerpt of the Registration Statement filed on October 29, 2020 with the SEC by Acamar Partners Acquisition Corp. n/k/a CarLotz, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 15th day of July 2024.

*/s/ Casey E. Sadler*
Casey E. Sadler

1

## <u>PROOF OF SERVICE</u>

I hereby certify that on this 15th day of July, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>*s/ Casey E. Sadler*</u>
Casey E. Sadler