# EXHIBIT A

S-4 1 tm2034230-1_s4.htm S-4
TABLE OF CONTENTS

**As filed with the Securities and Exchange Commission on October 29, 2020**

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM S-4

### REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

## Acamar Partners Acquisition Corp.
(Exact name of registrant as specified in its charter)

| Delaware | 6770 | 83-2456129 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

1450 Brickell Avenue, Suite 2130
Miami, Florida 33131
Telephone: (786) 264-6680
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Luis Ignacio Solorzano Aizpuru
Chief Executive Officer
Acamar Partners Acquisition Corp.
1450 Brickell Avenue, Suite 2130
Miami, Florida 33131
Telephone: (786) 264-6680
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| Jaime Mercado, Esq. | Valerie Ford Jacob, Esq. |
|---|---|
| Simpson Thacher & Bartlett LLP | Michael A. Levitt, Esq. |
| 425 Lexington Avenue | Freshfields Bruckhaus Deringer US LLP |
| New York, New York 10017 | 601 Lexington Avenue |
| Telephone: (212) 455-2000 | New York, New York 10022 |
| | Telephone: (212) 277-4000 |

**Approximate date of commencement of proposed sale of the securities to the public: As soon as practicable after this registration statement becomes effective and upon completion of the merger.**

If the securities being registered on this Form are being offered in connection with the formation of a holding company and there is compliance with General Instruction G, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

If applicable, place an X in the box to designate the appropriate rule provision relied upon in conducting this transaction:

Exchange Act Rule 13e-4(i) (Cross-Border Issuer Tender Offer) ☐

Exchange Act Rule 14d-1(d) (Cross-Border Third-Party Tender Offer) ☐

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

## CALCULATION OF REGISTRATION FEE

| Title of each class of securities to be registered | Amount to be registered[1] | Proposed maximum offering price per unit | Proposed maximum aggregate offering price[2] | Amount of registration fee[3] |
|---|---|---|---|---|
| Class A common stock, par value $0.0001 per share | 80,000,000 | N/A | $814,400,000 | $88,851.04 |

(1) Represents shares of Class A common stock to be issued by Acamar Partners Acquisition Corp. ("Acamar Partners") to the holders of common stock (including common stock resulting from the exercise of options and warrants to purchase common stock of CarLotz, Inc. ("CarLotz") and the conversion of existing convertible promissory notes) and preferred stock and options of CarLotz upon consummation of the merger described herein, including shares issuable under certain earn-out provisions pursuant to the merger agreement and as described herein.

(2) Pursuant to Rules 457(c) and 457(f)(1) promulgated under the Securities Act and solely for the purpose of calculating the registration fee, based on the average of the high and low trading prices of Acamar Partners Class A common stock on October 23, 2020 as reported by the Nasdaq Capital Market (within five business days prior to the date of this Registration Statement).

(3) Calculated pursuant to Rule 457 of the Securities Act by multiplying the proposed maximum aggregate offering price of securities to be registered by 0.0001091.