UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE HUB CYBER SECURITY LTD.,

Case No. 1:23-cv-05764-AS

Hon. Arun Subramanian

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between undersigned counsel, that all of Plaintiffs' claims against Defendant Levana Shifman are voluntarily dismissed without prejudice. Each party shall bear its own attorney's fees and costs.

Dated: New York, New York
August 2, 2024

| | |
|---|---|
| **PILLSBURY WINTHROP SHAW PITTMAN LLP** | **GLANCY PRONGAY & MURRAY LLP** |
| By: */s/ Ari M. Berman* | By: */s/ Casey E. Sadler* |
| Ari M. Berman | Robert V. Prongay |
| 31 West 52nd Street | Casey E. Sadler |
| New York, NY 10019-6131 | Pavithra Rajesh |
| Tel: (212) 858-1638 | 1925 Century Park East, Suite 2100 |
| Fax: (212) 858-1500 | Tel: (310) 201-9150 |
| ari.berman@pillsburylaw.com | Fax: (310) 201-9160 |
| | rprongay@glancylaw.com |
| *Attorneys for Defendants Hub Cyber Security,* | csadler@glancylaw.com |
| *Ltd., Manish Agarwal, Matthew Kearney,* | prajesh@glancylaw.com |
| *Hugo Goldman, Uzi Moscovich, Zeev Zell,* | |
| *Moti Franko, Levana Shifman, and Moshe* | Gregory B. Linkh (GL-0477) |
| *Raines* | 230 Park Ave., Suite 358 |
| | New York, NY 10169 |
| | Tel: (212) 682-5340 |
| | Fax: (212) 884-0988 |

1

glinkh@glancylaw.com

**THE LAW OFFICE OF JACOB SABO**
Jacob Sabo
22a Mazzeh Street
Tel-Aviv, Israel
Tel: (++972) 39070770

*Attorneys for Lead Plaintiffs and Co-lead Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Attorneys for Additional Plaintiffs Rodrigue Fodjo and Dustin Green*

**PIERSON FERDINAND LLP**

By: */s/ Aurora Cassier*
Aurora Cassier
Christina H. Bost Seaton
Matthew DeFrancesco
1270 Avenue of the Americas
Seventh Fl.-7050
New York, NY 10020
Tel: (917) 817-6617
aurora.cassier@pierferd.com
matthew.defrancesco@pierferd.com

*Attorneys for Defendant Eyal Moshe*