UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE HUB CYBER SECURITY LTD.

Case No. 1:23-cv-05764-AS

Hon. Arun Subramanian

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between undersigned counsel, that all of Plaintiffs' claims against Defendant Levana Shifman are voluntarily dismissed without prejudice. Each party shall bear its own attorney's fees and costs.

Dated: New York, New York
        August 5, 2024

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: _____
Ari M. Berman
31 West 52nd Street
New York, NY 10019-6131
Tel: (212) 858-1264
Fax: (212) 858-1500
ari.berman@pillsburylaw.com

*Attorneys for Defendants Hub Cyber Security, Ltd., Manish Agarwal, Matthew Kearney, Hugo Goldman, Uzi Moscovich, Zeev Zell, Moti Franko, Levana Shifman, and Moshe Raines*

**GLANCY PRONGAY & MURRAY LLP**

By: _____
Robert V. Prongay
Casey E. Sadler
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
rprongay@glancylaw.com
csadler@glancylaw.com
prajesh@glancylaw.com

Gregory B. Linkh (GL-0477)
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
glinkh@glancylaw.com

**PIERSON FERDINAND LLP**

By: _Aurora Cassier_

Aurora Cassier
Christina H. Bost Seaton
Matthew DeFrancesco
1270 Avenue of the Americas
7th Floor, 1050
New York, NY  10020
Tel: (917) 817-6617
aurora.cassier@pierferd.com
matthew.defrancesco@pierferd.com

*Attorneys for Defendant Eyal Moshe*

**THE LAW OFFICE OF JACOB SABO**
Jacob Sabo
22a Mazzeh Street
Tel-Aviv, Israel
Tel: (++972) 39070770

*Attorneys for Lead Plaintiffs and Co-lead
Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY  10016
Tel: (212) 661-1100
Fax: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Attorneys for Additional Plaintiffs Rodrigue
Fodjo and Dustin Green*

2