UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HUB CYBER SECURITY LTD. | 1:23-CV-05764-AS |
| | **DECLARATION OF<br>AURORA CASSIRER, ESQ.** |

I, AURORA CASSIRER, ESQ., under penalty of perjury, hereby declares as follows:

1. I am a partner at Pierson Ferdinand LLP, counsel to Defendant Eyal Moshe ("Moving Defendant") in the above-captioned matter.  I am an attorney duly admitted to practice in the State of New York, and I submit this declaration in support of Moving Defendant's Motion to Dismiss. Unless otherwise stated, I have personal knowledge of the facts and circumstances set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of Efrat Investment's website, (retrieved August 7, 2024 from https://www.efrat-invest.com) and the LinkedIn page of Pinny Rotter, Efrat Investment's Managing Partner (retrieved August 7, 2024 from https://www.linkedin.com/in/pinny-rotter-32a9301).

3. Attached hereto as Exhibit B is a true and correct copy of ECF 20-6 (Efrat's Certification signed by Pinny Rotter).

Dated: New York, New York

August 9, 2024

PIERSON FERDINAND LLP


By: /s/ Aurora Cassirer
Aurora Cassirer, Esq.
1720 Avenue of the Americas, 7th Fl - 1050
New York, NY 10020
917-817-6617
aurora.cassirer@pierferd.com
*Attorneys for Defendant Eyal Moshe*