# Exhibit 1



# INVESTMENTS

## ABOUT EFRAT INVESTMENTS

Efrat Investments, owned by Mr. Ran Efrat, has successfully operated since its founding in 1999 and to this day. Mr. Ran Efrat owns numerous real estate properties and is well-known for his professional ties with the Israeli banking system. The Code of Excellence, underlying the basis to all the company's activities, has its roots in his 9 years of service in the IDF and other security and defense organizations. Continuously striving for excellence and building creative solutions in the real-estate field, is a code instilled in all company employees which sets the proper foundation for the company's vast activities and in turn - the trust and faith it receives from its clients.





Efrat Investments develops and leads dozens of projects across Tel Aviv, working hand in hand with municipality departments, including the preservation department.
The company's activity is also includes big residential projects in USA.
A wide portfolio of projects and assets across Europe, including: Poland, Germany and Spain.

# RAN EFRAT

Ran Efrat is a well-known businessman and real estate owner that has tight ties with the Israeli banking system. Ran owns a vast number of real estate properties in Israel, the United States and Europe. His own code of excellence is the beating heart of his company.

Ran's experience and sense of sincerity come from his nine years of service in the IDF and other Israeli defense organizations, this is the core of the company's activities. This is the core of every movement that the company makes.







Madrid capital owns over 450 apartments in the most desirable neighborhoods of Madrid. Madrid capital's investors enjoy complete peace of mind and confidence thanks to our years of seniority, experience, and reputation for high quality overseas real estate investments.

Read more



LOCAL                                                    ABROAD



URBAN RENEWAL

LARGE PROJECTS

# Contact us

T + 972 3 6585533

F + 972 3 6585532

22 Rothschild Blvd. Tel Aviv, Israel

laura@efrat-invest.com

Name

Email

Phone

Submit

in  🔍     Home   My Network   Jobs   Messaging   Notifications   Me ▾ | For Business ▾   Retry Premi



## Pinny Rotter · 3rd
Managing Partner at Efrat Investments

- Efrat Investments
- Bar-Ilan University

Israel · **Contact info**

**500+** connections

Message     + Follow     More

## About

My goal is to create and maintain long-term partnerships. We invest in publicly traded micro and small cap companies using a debt, equity or hybrid structure, and in certain cases will supplement its direct capital investment with an equity-backed line of credit.

## Activity
623 followers

**Pinny hasn't posted yet**
Recent posts Pinny shares will be displayed here.

Show all activity →

## Experience

**Managing Partner**
Efrat Investments
Jun 2017 - Present · 7 yrs 3 mos

My goal is to create and maintain long-term partnerships. We invest in private and publicly traded micro and small cap companies using a equity,…

 **Money manager**
Olympia
Jan 1999 - Present · 25 yrs 8 mos

## Education

 **Bar-Ilan University**
business, economy
1997 - 2000

## Skills

**Entrepreneurship**

👥 1 endorsement

**Start-ups**

👥 1 endorsement

Show all 11 skills →

Ad  •••

86% of small businesses get a qualified candidate
within 24 hrs.



Karin, save time finding qualified talent.

Post a job

### Other similar profiles

**Deanna Huczel-Gafni, A/GNP** · 3rd
Adult/Gerontological Nurse Practitioner

View profile

**Dolev Cohen** 🔗 · 3rd
Project Finance & M&A Specialist

View profile

**Sharon Bainvoll - שרון ביינבול** · 3rd+
Operations Manager at Total Finance

🔒 Message

**Elishe Binder** · 3rd
Certified Life Coach and Grief Educator

View profile

**Tal Golan** 🔗 · 3rd
Founder @ GEMBA | Helping organizations soar up productivity

View profile

Show all

### People you may know
From Pinny's industry

**Eric DiNapoli, CRPS®** 🔗
Senior Vice President | Senior Portfolio Management Director | Financial
Advisor at Morgan Stanley Wealth Management

👤+ Connect

**Alexandra De Lorme**
Associate Vice President and Estate Administrator at Bessemer Trust

👤+ Connect

---

**Anne (Velto) Kraljic, CFP®, CRPC®**
Financial Advisor at Vision Financial Services - Securties America

👤+ Connect

---

**Kenneth Martin**
President & Founder, KSM Capital Inc.

👤+ Connect

Show all