**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HUB CYBER SECURITY LTD., | Case No. 1:23-cv-05764-AS<br><br>Hon. Arun Subramanian |

### DECLARATION OF ARI M. BERMAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

1.      I am a partner at Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"). Pillsbury represents Defendants Hub Cyber Security Ltd. ("Hub"), Manish Agarwal, Matthew Kearney, Hugo Goldman, Uzi Moscovich, Zeev Zell, Moti Franko, Levana Shifman,[1] and Moshe Raines ("Defendants") in the above-captioned action.

2.      I am licensed and in good standing to practice law in the State of New York.

3.      I submit this Declaration in support of Defendants' Reply in support of their Motion to Dismiss.

4.      Attached to this Declaration as **Exhibit 1** is a true and correct copy of the transcript from the hearing on the motion to dismiss, held on March 24, 2024, in *Majahz v. Hub Cyber Security Ltd. et al.*, Class Action 11921-03-23 in the Economic Division of the Tel Aviv-Yafo District Court (the "Israeli Action"), in Hebrew with its certified translation.

---

[1] The parties have stipulated to dismiss Defendant Shifman from this case. *See* ECF 100.

5.      Attached to this Declaration as **Exhibit 2** is a true and correct copy of the Schedule 13G, filed with the Securities and Exchange Commission on November 10, 2020, on behalf of Acamar Partners Acquisition Corp.[2]

6.      Attached to this Declaration as **Exhibit 3** is a true and correct copy of the Schedule 13D, filed with the Securities and Exchange Commission on February 1, 2021, on behalf of Carlotz, Inc.[3]

7.      Attached to this Declaration as **Exhibit 4** is a true and correct copy of the Schedule 13G, filed with the Securities and Exchange Commission on February 14, 2023, on behalf of Mount Rainier Acquisition Corp.[4]

8.      Attached to this Declaration as **Exhibit 5** is a true and correct copy of the Schedule 13G, filed with the Securities and Exchange Commission on July 5, 2023, on behalf of HUB Cyber Security Ltd.[5]

/s/ Ari M. Berman
Ari M. Berman

---

[2] Available at www.sec.gov/Archives/edgar/data/1759008/000107680920000222/acam.htm.

[3] Available at https://www.sec.gov/Archives/edgar/data/1759008/000110465921010256/tm214036d26_sc13d.htm.

[4] Available at https://www.sec.gov/Archives/edgar/data/1854461/000106299323003251/formsc13ga.htm.

[5] Available at sec.gov/Archives/edgar/data/1905660/000121390023054437/ea181320-13gshayna_hubcyber.htm.