# EXHIBIT 4

SC 13G/A 1 formsc13ga.htm FORM SC 13G/A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, DC 20549

---

# SCHEDULE 13G

**Under the Securities Exchange Act of 1934**
**(Amendment No. 2)**

# Mount Rainier Acquisition Corp.

(Name of Issuer)

**Common Stock, $0.0001 par value**
(Title of Class of Securities)

**623006103**
(CUSIP Number)

**December 31, 2022**
(Date of Event Which Requires Filing of This Statement)

Check the Appropriate box to designate the rule pursuant to which this schedule is filed:

☐       Rule 13d-1(b)
☒       Rule 13d-1(c)
☐       Rule 13d-1(d)

---

| CUSIP No. **623006103** | | Page 2 of 7 Pages |
|---|---|---|

| 1 | NAME OF REPORTING PERSONS<br>S.S. OR I.R.S. IDENTIFICATION NO. OF ABOVE PERSONS<br><br>**MMCAP International Inc. SPC** | | |
|---|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP* | (a) ☑<br>(b) ☐ | |
| 3 | SEC USE ONLY | | |
| 4 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>**Cayman Islands** | | |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 5 | SOLE VOTING POWER<br><br>**0** |
|---|---|---|
| | 6 | SHARED VOTING POWER<br><br>**499,990*** |
| | 7 | SOLE DISPOSITIVE POWER |