UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE HUB CYBER SECURITY LTD., |
|---|

23-cv-5764 (AS)
23-cv-6668 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By Friday, February 7, 2024, the parties should each file a letter, not to exceed three single-spaced pages, addressing the following questions.

1) Were the defendants required to distribute a prospectus in connection with the transactions alleged in the complaint? (The question should be answered "Yes" or "No" and then any clarification may be provided.)

2) The Court's understanding is that as part of the de-SPAC merger, if RNER shareholders did not previously redeem their shares, then upon the closing of the transaction, RNER shareholders received, in exchange for their RNER shares, HUB Security shares issued as part of the transaction. Is that correct? (The question should be answered "Yes" or "No" and then any clarification may be provided.)

3) Please explain the mechanics of how Legacy Hub shareholders acquired HUB Security shares as part of the transactions alleged in the complaint.

4) Please describe, as to each named plaintiff, how they acquired their HUB Security shares (e.g., exchanged as part of the de-SPAC transaction or in the aftermarket).

SO ORDERED.

Dated: February 3, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge