

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Ari M. Berman
tel: +1.212.858.1264
ari.berman@pillsburylaw.com

February 7, 2025

**<u>VIA ECF</u>**

The Honorable Arun Subramanian
United States District Judge for the
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

>       **Re:**    ***In re Hub Cyber Security Ltd.*, Case No. 1:23-cv-05764-AS**
>                  **Response to Court's Order (ECF No. 109)**

Dear Judge Subramanian:

We represent Defendants Hub Cyber Security Ltd. ("HUB"), Manish Agarwal, Matthew Kearney, Hugo Goldman, Uzi Moscovich, Zeev Zell, Moti Franko, and Moshe Raines (collectively, "Defendants" and without HUB, the "Individual Defendants") in the above-captioned matter.  We write in response to the Court's Order dated February 3, 2025.  *See* ECF No. 109.

<u>Question 1: Were the defendants required to distribute a prospectus in connection with the transactions alleged in the complaint?</u>

Yes.  There was a public offering, which generally must be made via a prospectus meeting the requirements of Section 10 of the Securities Act.  A prospectus had to be distributed to RNER shareholders prior to the redemption deadline and vote on the business combination.  The final prospectus was distributed via EDGAR on December 9, 2022.  After the redemption deadline and shareholder vote, which occurred on January 4, 2023, HUB had no continuing obligation to deliver a prospectus.

Only HUB was required to deliver a prospectus; the Individual Defendants themselves did not have any obligation to deliver a prospectus.  It was the company's responsibility, and this obligation was met.

<u>Question 2: The Court's understanding is that as part of the de-SPAC merger, if RNER shareholders did not previously redeem their shares, then upon the closing of the transaction, RNER shareholders received, in exchange for their RNER shares, HUB Security shares issued as part of the transaction. Is that correct?</u>

Yes.

Question 3: Please explain the mechanics of how Legacy Hub shareholders acquired HUB Security shares as part of the transactions alleged in the complaint.

First, a reverse split was effectuated to ensure compliance with the Business Combination Agreement (the "BCA"). RNER shares were designed to be worth approximately $10.00. Given the number of shares of Legacy Hub outstanding and the valuation of Legacy Hub provided for in the BCA, each Legacy Hub share was turned into 0.712434 ordinary shares of HUB, causing the new shares to be worth $10.00 each (using the valuation of the shares in the aggregate specified in the BCA).

HUB's counsel would have had to first obtain a new CUSIP for the HUB shares. A CUSIP is an alphanumeric code that is used to differentiate securities from one another. At the time of the closing of the business combination, the CUSIP of HUB's ordinary shares was M6000J 101.

Then, HUB's counsel would have had to work with American Stock Transfer & Trust Company, LLC, the company's transfer agent, to distribute the HUB shares to Legacy Hub shareholders.

Question 4: Please describe, as to each named plaintiff, how they acquired their HUB Security shares (e.g., exchanged as part of the de-SPAC transaction or in the aftermarket).

Plaintiffs Aryeh Agam and Shimon Aharon appear to be Legacy Hub shareholders who received shares via the process identified in the answer to Question 3 above. They both purchased additional shares in the aftermarket. *See* ECF No. 23.

Plaintiffs Rodrigue Fodjo and Dustin Green purchased shares of RNER on February 28, 2023, which was after the redemption deadline but before the closing of the business combination was announced later that day. Such shares were then converted to shares of HUB on March 1, 2023. Both Fodjo and Green purchased additional shares of HUB in the aftermarket. *See* ECF No. 27; Case No. 1:23-cv-06668-AS, ECF No. 1.

Respectfully submitted,

/s/ *Ari M. Berman*
Ari M. Berman
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019

*Counsel for Defendants Hub Cyber Security Ltd., Manish Agarwal, Matthew Kearney, Hugo Goldman, Uzi Moscovich, Zeev Zell, Moti Franko, and Moshe Raines*

cc: All Counsel (via ECF)

2