

Casey E. Sadler
csadler@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
T: (310) 201-9150

February 7, 2025

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:     *In re Hub Cyber Security Ltd.*, Master File No. 1:23-cv-05764-AS

Dear Judge Subramanian:

As counsel for Lead Plaintiffs Aryeh Agam and Shimon Aharon and additional plaintiffs Rodrigue Fodjo and Dustin Green (collectively, "Plaintiffs"), we write to answer the four questions in the Court's Order dated February 3, 2025 (ECF No. 109).

1.     Yes, Defendants were required to distribute a prospectus in connection with the transactions alleged in the operative complaint ("Complaint," ECF No. 45). A Form F-4 is used by a "foreign private issuer . . . for registration under the Securities Act of 1933 ('Securities Act') of securities to be issued . . . in an exchange offer for securities of the issuer or another entity." 17 C.F.R. § 239.34(c). A "prospectus must be sent to the security holders" within 20 business days of the vote to approve the business combination. https://www.sec.gov/files/formf-4.pdf (Form F-4 instructions).

Here, Hub Cyber Security Ltd. ("Hub") securities were registered pursuant to a Form F-4 on August 24, 2022. ¶52. These newly registered shares were used to effectuate the business combination between Hub Cyber Security (Israel) Ltd. ("Legacy Hub") and Mount Rainier Acquisition Corp. ("Mount Rainier") (the "de-SPAC Transaction"), whereby Legacy Hub securityholders and Mount Rainier securityholders received new Hub securities and the Mount Rainier and Legacy Hub securities ceased to exist. ¶¶52-53.[1] Accordingly, Defendants were required to file a prospectus, which they did file on Form 424b3 on December 9, 2022. ¶55.

---

[1] All citations to "¶__" are to the Complaint.

Hon. Arun Subramanian
February 7, 2025
Page 2


2.      Yes. Upon the closing of the de-SPAC Transaction, Mount Rainier shareholders (who did not previously redeem their shares) received the newly issued Hub securities at a specified exchange ratio. ¶52.

3.      Legacy Hub securities refers to securities that traded in Israel on the Tel Aviv Stock Exchange ("TASE"). ¶2. Legacy Hub securities held by individuals who decided not to sell the shares before the De-SPAC Transaction were delisted from the TASE on February 28, 2023. ¶61. Legacy Hub securities ceased to exist, as confirmed by NASDAQ's announcement that it joined Hub's request "seeking immediate acceleration of the effective date of registration" of new Hub securities. ¶62. On March 1, 2023, the new Hub securities began trading on the NASDAQ. ¶63. Individuals who had owned Legacy Hub securities before they were delisted then received the newly registered Hub securities.[2]

4.      Each Plaintiff acquired the new Hub securities in the de-SPAC Transaction and also purchased Hub securities in the aftermarket.

Lead Plaintiff Aryeh Agam had owned Legacy Hub securities that were traded on the TASE, which were delisted and ceased to exist. In the De-SPAC Transaction, he was issued 187,358.01 new Hub shares. ¶19 (incorporating-by-reference earlier-filed certification listing transactions).

Lead Plaintiff Shimon Aharon had owned Legacy Hub securities that were traded on the TASE, which were delisted and ceased to exist. In the De-SPAC Transaction, he was issued 546,883.29 new Hub shares and 41,000 new Hub warrants. ¶20 (incorporating-by-reference earlier-filed certification listing transactions).

Additional plaintiff Rodrigue Fodjo had owned Mount Rainier securities. In the De-SPAC Transaction, he was issued 9,368 new Hub shares. ¶21 (incorporating-by-reference earlier-filed certification listing transactions).

Additional plaintiff Dustin Green had owned Mount Rainier securities. In the De-SPAC Transaction, he was issued 180 new Hub shares. ¶ 22 (incorporating-by-reference earlier-filed certification listing transactions).

All plaintiffs also purchased new Hub shares on the NASDAQ exchange after the de-SPAC Transaction. *See* ¶¶19-22.

---

[2] Legacy Hub securityholders received Hub securities at a ratio of 0.712434 per the terms of the de-SPAC Transaction.
https://www.sec.gov/Archives/edgar/data/1905660/000110465923027433/tm238200d1_6k.htm

Hon. Arun Subramanian
February 7, 2025
Page 3

\*        \*        \*

We thank the Court's attention to this matter and are available should Your Honor have further questions.

Respectfully submitted,

*/s/ Casey E. Sadler*

Casey E. Sadler