**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HUB CYBER SECURITY LTD., | Case No. 1:23-cv-05764-AS<br><br>Hon. Arun Subramanian |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Hub Cyber Security Ltd., Manish Agarwal, Matthew Kearney, Hugo Goldman, Uzi Moscovich, Zeev Zell, Moti Franko, and Moshe Raines respectfully submit the order issued in *Rose v. Butterfly Network, Inc. f/k/a Longview Acquisition Corp.*, No. 22-cv-00854 (MEF) (JBC), 2025 WL 501427 (D.N.J. Feb. 13, 2025) as supplemental authority in support of Defendants' Motion to Dismiss. A copy of the order is attached hereto as Exhibit 1.


Dated: February 24, 2025

Respectfully submitted,

*/s/ Ari M. Berman*
Ari M. Berman

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-6131
Tel. No.: (212) 858-1638
Fax No.: (212) 858-1500
E-mail: ari.berman@pillsburylaw.com

***Counsel for Defendants Hub Cyber Security Ltd., Manish Agarwal, Matthew Kearney, Hugo Goldman, Uzi Moscovich, Zeev Zell, Moti Franko, and Moshe Raines***

1