

Casey E. Sadler
csadler@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
T: (310) 201-9150

February 24, 2025

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    *In re Hub Cyber Security Ltd.*, Master File No. 1:23-cv-05764-AS

Dear Judge Subramanian:

As counsel for Lead Plaintiffs Aryeh Agam and Shimon Aharon and additional plaintiffs Rodrigue Fodjo and Dustin Green (collectively, "Plaintiffs"), we write to respond to Defendants' February 24, 2025 letter submitting recent authority in connection with their pending motions to dismiss.[1] *See* Dkt. 113 (citing *Rose v. Butterfly Network, Inc. f/k/a Longview Acquisition Corp.*, 2025 WL 501427 (D.N.J. Feb. 13, 2025) ("*Butterfly Network*")).

In *Butterfly Network*, the court found that plaintiffs did not have Section 11 standing because "<u>some</u> SPAC shares . . . were 'exchanged' at the time of the merger" but others "were simply renamed after the merger." 2025 WL 501427, at *6 (emphasis in original). Also, plaintiffs could not trace their shares to the challenged registration statement because pre-merger shares continued to trade following the merger. *Id.* at *3.

By contrast, here, Mount Rainier shares were not simply renamed. Dkt. 45 at ¶52 (alleging that Mount Rainier securityholders received newly registered Hub securities). Defendants acknowledge—as they must—that Mount Rainier investors received "newly registered Hub securities." Dkt. 86 at 3; *see also* Dkt. 111 (answering affirmatively that the Court correctly understood that Mount Rainier shareholders who "did not previously redeem their shares" received "HUB Security shares issued as part of the [De-SPAC] transaction"). There is also no traceability issue to adjudicate: shares that existed before the De-SPAC transaction are no longer traded, and the only shares that traded after the De-SPAC transaction were securities that were newly issued. Dkt. 45 at ¶52 (Mount Rainier securityholders received new Hub securities); ¶61 (Legacy Hub

---

[1]    "Defendants" means Hub Cyber Security Ltd. f/k/a Mount Rainier Acquisition Corp., Manish Agarwal, Matthew Kearney, Hugo Goldman, Uzi Moscovich, Zeev Zell, Moti Franko, Moshe Raines, and Eyal Moshe.

Hon. Arun Subramanian
February 24, 2025
Page 2


securities were delisted and those investors received new Hub securities). As such, all shareholders that purchased Hub securities following the De-SPAC transaction can trace their shares to those issued pursuant to the challenged registration statement.

In sum, this case is distinguishable from *Butterfly Network*, and for the reasons discussed in prior submissions, Plaintiffs have Section 11 standing.

We thank the Court's consideration of this submission.

Respectfully,

*/s/ Casey E. Sadler*
Casey E. Sadler