UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HUB CYBER SECURITY LTD., | Case No. 1:23-cv-05764-AS<br><br>Hon. Arun Subramanian<br><br>**ANSWER OF PILLSBURY DEFENDANTS TO AMENDED COMPLAINT**<br><br>**Jury Trial Demanded** |

Defendants Hub Cyber Security Ltd. f/k/a Mount Rainier Acquisition Corp. ("Hub"), Hugo Goldman, Uzi Moscovich, Zeev Zell, Moshe Raines, Manish Agarwal, Moti Franko, and Matthew Kearney (collectively, "Pillsbury Defendants" and without Hub, "Individual Defendants"), by and through their undersigned counsel, hereby respond to the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") filed January 26, 2024 (ECF 45) by Lead Plaintiffs Aryeh Agam and Shimon Aharon and additional plaintiffs Rodrigue Fodjo and Dustin Green (together, "Plaintiffs"), as follows, and deny all allegations not specifically admitted (all paragraph numbers below correspond to the paragraph numbers in the AC):

I.     **NATURE AND OVERVIEW OF THE ACTION**[1]

1.     The Pillsbury Defendants admit the allegations of this paragraph.

2.     The Pillsbury Defendants admit this paragraph selectively quotes from and refers to a document but deny this paragraph accurately summarizes or characterizes that document and

---

[1] The headings, which mirror those in the Amended Complaint, are included for the convenience of the reader.  By including them, the Pillsbury Defendants do not admit and hereby deny anything alleged by them.

1

respectfully refers the Court to that document for a complete and accurate description of its contents.

3.      The Pillsbury Defendants deny the allegations of this paragraph.

4.      The Pillsbury Defendants deny the allegation that Mount Rainier's trust was "almost completely drained" and aver that some investors elected to redeem their shares, as is standard for any special purpose acquisition company.  The Pillsbury Defendants admit the second sentence of this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

5.      The Pillsbury Defendants admit this paragraph selectively refers to a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.  The Pillsbury Defendants lack knowledge and information as to whether Nasdaq made any such announcement.

6.      The Pillsbury Defendants admit the allegations of this paragraph.

7.      The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents. The Pillsbury Defendants deny the allegation that the fact that "the Company revealed that the PIPE financing was not consummated" "caused Hub's securities to crater." The Pillsbury Defendants admit the allegations about the stock prices.

8.      The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and

respectfully refers the Court to that document for a complete and accurate description of its contents.

9.      The Pillsbury Defendants admit this paragraph selectively refers to a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

10.     The Pillsbury Defendants admit this paragraph selectively refers to a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents. Specifically, the Pillsbury Defendants aver that the press release states that the investigation was regarding "unexplained expenses incurred by a former senior officer of the Company."

11.     The Pillsbury Defendants admit the allegations of this paragraph.

12.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

13.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

14.     The Pillsbury Defendants deny the allegations of this paragraph.

## II.    JURISDICTION AND VENUE

15.     This paragraph states a legal conclusion to which no response is required. If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

16.     This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

17.     This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

18.     This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

III.    PARTIES

19.     The Pillsbury Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations and on that basis deny all of them.

20.     The Pillsbury Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations and on that basis deny all of them.

21.     The Pillsbury Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations and on that basis deny all of them.

22.     The Pillsbury Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations and on that basis deny all of them.

23.     The Pillsbury Defendants admit the allegations of this paragraph except deny that their principal executive offices are located at 17 Rothschild Boulevard, Tel Aviv 6688120, Israel and aver that their principal executive offices are located at 2 Kaplan Street, Tel Aviv 6473403, Israel.

24.     The Pillsbury Defendants admit the allegations of this paragraph.

25.     The Pillsbury Defendants admit the allegations of this paragraph.

26.     The Pillsbury Defendants admit the allegations of this paragraph.

27.     The Pillsbury Defendants admit the allegations of this paragraph.

28.     The allegations of this paragraph pertain to a claim that Plaintiffs have dismissed (ECF 100) and thus require no answer.

29.     The Pillsbury Defendants admit the allegations of this paragraph.

30.     The Pillsbury Defendants admit the allegations of this paragraph.

31.     The Pillsbury Defendants admit the allegations of this paragraph.

32.     The Pillsbury Defendants admit the allegations of this paragraph.

33.     The Pillsbury Defendants admit the allegation that the Individual Defendants, except Kearney, signed the Registration Statement. The Pillsbury Defendants deny that the Individual Defendants participated in the solicitation and sale of Hub securities to investors in the Business Combination for their own benefit and the benefit of Hub. The allegations of this paragraph which pertain to Ms. Shifman have been dismissed by Plaintiffs (ECF 100) and thus require no answer.

## IV.     SUBSTANTIVE ALLEGATIONS

### A.     Special Purpose Acquisition Companies And Their Inherent Conflicts of Interest

34.     The Pillsbury Defendants admit the allegations of this paragraph.

35.     The Pillsbury Defendants admit the allegations of the first two sentences of the paragraph. The Pillsbury Defendants deny the allegations of the third sentence of the paragraph.

36.     The Pillsbury Defendants deny the allegations of this paragraph.

37.     The Pillsbury Defendants deny the allegations of this paragraph.

38.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

39.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

**B.     Mount Rainier, A Two-Person SPAC, Goes Public**

40.     The Pillsbury Defendants admit the allegations of this paragraph.

41.     The Pillsbury Defendants admit the allegations of this paragraph.  The Pillsbury Defendants admit that the footnote appended to this paragraph selectively quotes from a document but deny this footnote accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

42.     The Pillsbury Defendants admit the allegations of this paragraph.

43.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

44.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

**C.     Mount Rainier Announces That It Will Combine With Legacy Hub, An Israeli Cyber Security Company**

45.     The Pillsbury Defendants admit the allegations of this paragraph.

46.     The Pillsbury Defendants admit the allegations of this paragraph.

47.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

48.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

49.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

50.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

51.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

52.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

53.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

54. The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

55. The Pillsbury Defendants admit the allegations of this paragraph.

**D.      Almost All Of Mount Rainier Shareholders Redeem Their Shares Before The Business Combination, Which Drains The Trust Of Funds**

56. The Pillsbury Defendants admit the allegations of this paragraph.

57. The Pillsbury Defendants admit the allegations of this paragraph.

58. The Pillsbury Defendants admit the allegations of this paragraph.

59. The Pillsbury Defendants admit this paragraph selectively refers to a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents. The Pillsbury Defendants deny that they earlier announced that the Merger would close in late January 2023 and aver that they announced it was expected to close then.

60. The Pillsbury Defendants admit the allegations in the first sentence of this paragraph. The Pillsbury Defendants deny the allegations in the second sentence of this paragraph and aver that they canceled the vote and adjourned the special meeting because the Business Combination was going to close before March 1, 2023.

61. The Pillsbury Defendants admit the allegations of this paragraph.

62. The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

63. The Pillsbury Defendants admit the allegations of this paragraph.

E.     The Company Announces Its CEO Was To Be "Promoted" Only For Him And His Spouse To "Resign" The Same Day

64.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents. The Pillsbury Defendants admit that Moshe and Bitan would have received increased compensation from the contemplated compensation policy but the compensation policy issue was removed from the agenda.

65.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

66.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

F.     Contrary To Defendants' Representations, The PIPE Financing Was Not Committed To Finance The Business Combination

67.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

68.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

69.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

70.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.  The Pillsbury Defendants admit that A-Labs was serving as financial advisor to Legacy Hub in the Business Combination.  The Pillsbury Defendants admit the footnote appended to this paragraph selectively refers to a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

71.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

72.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

73.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

74.     The Pillsbury Defendants admit the allegations of this paragraph.

75.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

76.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

77.     The Pillsbury Defendants admits the allegations of this paragraph.

78.     The Pillsbury Defendants admit the allegations of this paragraph.

79.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

80.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

81.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

**G.     It Is Revealed That Moshe And His Wife Had Embezzled Funds From The Company And Were Able To Do So Due To A Complete Lack Of Internal Controls**

82.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

11

83.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

84.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

85.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

86.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.  The Pillsbury Defendants admit that the footnote appended to this paragraph selectively quotes from a document but deny this footnote accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

87.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

88.     The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

89.     The Pillsbury Defendants admit the allegations of this paragraph.

90. The Pillsbury Defendants admit the allegations of this paragraph.

91. The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

92. The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

**H.    The Company Admits That It Did Not Have Adequate Internal Controls**

93. The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

**I.    Defendant Moscovich Concedes That At All Relevant Times Legacy Hub Did Not Have A Mature Or Proven Product For Sale**

94. The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

95. The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

96. The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

**J.** **The Truth Is Only Fully Revealed After The Entire Senior Management Team Changed**

97.    The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

98.    The Pillsbury Defendants admit the allegations of this paragraph.

99.    The Pillsbury Defendants admit the allegations of this paragraph.

100.    The Pillsbury Defendants admit the allegations of this paragraph.

101.    The Pillsbury Defendants admit the allegations of this paragraph.

102.    The Pillsbury Defendants admit the allegations of this paragraph.

103.    The Pillsbury Defendants admit the allegations of this paragraph.

104.    The Pillsbury Defendants admit the allegations of this paragraph.

105.    The Pillsbury Defendants admit the allegations of this paragraph.

**V.** **DEFENDANTS VIOLATED THEIR DISCLOSURE OBLIGATIONS UNDER THE SECURITIES ACT AND ITEMS 303 AND 105 OF REGULATION S-K**

106.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

107.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

**A.** **Section 11 Disclosure Requirements**

108.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

14

B.    **Disclosure Requirements Under Regulation S-K Item 303**

109.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 115) and thus require no answer.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

110.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 115) and thus require no answer.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

111.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 115) and thus require no answer.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

112.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 115) and thus require no answer.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

113.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 115) and thus require no answer.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

C.    **Disclosure Requirements Under Regulation S-K Item 105**

114.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

115.    The Pillsbury Defendants deny the allegations of this paragraph.

VI.    **HUB'S OFFERING DOCUMENTS CONTAINED MATERIALLY FALSE AND MISLEADING STATEMENTS**

116.    The Pillsbury Defendants deny the allegations of this paragraph.

117.    The Pillsbury Defendants admit this paragraph selectively quotes from a

15

document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

118.    The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

119.    The Pillsbury Defendants deny the allegations of this paragraph.

120.    The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

121.    The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

122.    The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and respectfully refers the Court to that document for a complete and accurate description of its contents.

123.    The Pillsbury Defendants deny the allegations of this paragraph.

124.    The Pillsbury Defendants admit this paragraph selectively quotes from a document but deny this paragraph accurately summarizes or characterizes that document and

respectfully refers the Court to that document for a complete and accurate description of its contents.

125.    The Pillsbury Defendants deny the allegations of this paragraph.

## VII.    CLASS ACTION ALLEGATIONS

126.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

127.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

128.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

129.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

130.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

131.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

## VIII.    NO SAFE HARBOR

132.    This paragraph states a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Pillsbury Defendants deny all of them.

## IX.    CAUSES OF ACTION

### COUNT I

### Violation of Section 11 of the Securities Act Against All Defendants

17

133. The Pillsbury Defendants incorporate by reference their answers to all preceding paragraphs of the Amended Complaint.

134. The Pillsbury Defendants admit that Plaintiffs brought Count I under Section 11 of the Securities Act.

135. The Pillsbury Defendants deny all the allegations of this paragraph.

136. The Pillsbury Defendants deny all the allegations of this paragraph.

137. The Pillsbury Defendants admit the allegations of this paragraph but deny that the Individual Defendants were all responsible for the contents and dissemination of the Registration Statement.

138. The Pillsbury Defendants deny all the allegations of this paragraph.

139. The first two sentences of this paragraph state a legal conclusion to which no response is required. If the allegations of these sentences require a response, the Pillsbury Defendants deny all of them. The Pillsbury Defendants deny all the allegations of the latter two sentences of this paragraph.

140. The Pillsbury Defendants deny all the allegations of this paragraph.

141. The Pillsbury Defendants deny all the allegations of this paragraph.

## COUNT II

### Violation of Section 12(a)(2) of the Securities Act Against All Defendants

142. The Pillsbury Defendants incorporate by reference their answers to all preceding paragraphs of the Amended Complaint.

143. The allegations of this paragraph pertain to a claim the Court has dismissed as to the Individual Defendants (ECF 115) and thus require no answer by them. Hub denies all the allegations of this paragraph.

144.    The allegations of this paragraph pertain to a claim the Court has dismissed as to the Individual Defendants (ECF 115) and thus require no answer by them.  Hub denies all the allegations of this paragraph.

145.    The allegations of this paragraph pertain to a claim the Court has dismissed as to the Individual Defendants (ECF 115) and thus require no answer by them.  The second sentence of this paragraph states a legal conclusion to which no response is required.  If the allegations of this sentence require a response, Hub denies all of them.  Hub denies all the remaining allegations of this paragraph.

146.    The allegations of this paragraph pertain to a claim the Court has dismissed as to the Individual Defendants (ECF 115) and thus require no answer by them.  Hub denies all the allegations of this paragraph.

## COUNT III

### Violation of Section 15 of the Securities Act Against the Individual Defendants

147.    The Pillsbury Defendants incorporate by reference their answers to all preceding paragraphs of the Amended Complaint.

148.    The allegations of this paragraph pertain to a claim that was not alleged as against Hub and thus requires no answer by Hub.  The Individual Defendants admit that Plaintiffs brought Count III under Section 15 of the Securities Act.

149.    The allegations of this paragraph pertain to a claim that was not alleged as against Hub and thus requires no answer by Hub.  The Individual Defendants deny all the allegations of this paragraph.

150.    The allegations of this paragraph pertain to a claim that was not alleged as against Hub and thus requires no answer by Hub.  The Individual Defendants deny all the allegations of this paragraph.

151.    The allegations of this paragraph pertain to a claim that was not alleged as against Hub and thus requires no answer by Hub.  The Individual Defendants deny all the allegations of this paragraph.

152.    The allegations of this paragraph pertain to a claim that was not alleged as against Hub and thus requires no answer by Hub.  The Individual Defendants deny all the allegations of this paragraph.

153.    The allegations of this paragraph pertain to a claim that was not alleged as against Hub and thus requires no answer by Hub.  The Individual Defendants admit that they participated in the operation and management of Hub and conducted and participated in the conduct of Hub's business affairs.  The second sentence of this paragraph states a legal conclusion to which no response is required.  If the allegations of this sentence require a response, the Individual Defendants deny all of them.  The Individual Defendants deny all the remaining allegations of this paragraph.

154.    The allegations of this paragraph pertain to a claim that was not alleged as against Hub and thus requires no answer by Hub.  The Individual Defendants deny all the allegations of this paragraph.

**AFFIRMATIVE DEFENSES**

**FIRST DEFENSE**

1.    The Amended Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

**SECOND DEFENSE**

2.      The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because information that the Pillsbury Defendants allegedly concealed was in the public domain during the alleged Class Period and, as such, was reflected in the price of Hub's stock.

**THIRD DEFENSE**

3.      The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the Plaintiffs do not have standing under Section 11 or 12(a)(2).

**FOURTH DEFENSE**

4.      The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the Pillsbury Defendants had no duty to disclose, or update, matters that they did not disclose or update.

**FIFTH DEFENSE**

5.      The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because they failed to make allegations with particularity.

**SIXTH DEFENSE**

6.      The control person claims of Plaintiffs and the alleged plaintiff class against the Pillsbury Defendants are barred, in whole or in part, because none of the Individual Defendants controlled the transaction in question or were culpable participants.

**SEVENTH DEFENSE**

7.      The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the alleged acts and omissions of the Pillsbury Defendants did not cause any loss or drop in the price of Hub stock, and/or because any loss or drop in the price of Hub stock was the proximate result of actions or omissions of persons or entities other than the Pillsbury Defendants and situations beyond the control of the Pillsbury Defendants.

**EIGHTH DEFENSE**

8.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the alleged acts and omissions of the Pillsbury Defendants did not cause any transactions by Plaintiffs or the alleged plaintiff class in Hub stock.

**NINTH DEFENSE**

9.    Any harm suffered or damages incurred by Plaintiffs or the individual members of the alleged plaintiff class are subject to offset in the amount of any benefit received by Plaintiffs or the individual members of the alleged plaintiff class through their investments, including but not limited to any tax, insurance, or indemnification benefit, or proceeds received from hedging or short selling.

**TENTH DEFENSE**

10.    The claims of the alleged plaintiff class are barred because this action is not maintainable as a class action.  In the alternative, the putative class period is overbroad, and, therefore, many members of the alleged plaintiff class are not entitled to any recovery.

**ELEVENTH DEFENSE**

11.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in party, because the Court does not have personal jurisdiction over the Pillsbury Defendants.

**TWELFTH DEFENSE**

12.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, by the doctrine of *forum non conveniens.*

**ADDITIONAL DEFENSES RESERVED**

13.    The Pillsbury Defendants reserve the right to raise any additional defenses, counterclaims, crossclaims, and third-party claims not asserted herein of which they may become aware through discovery or other investigation, as may be appropriate later.

## PRAYER

WHEREFORE, the Pillsbury Defendants pray for judgment in their favor and against Plaintiffs as follows:

a.  That the Court not certify this action to be a class action;

b.  That Plaintiffs and the alleged plaintiff class take nothing as against the Pillsbury Defendants;

c.  That the Pillsbury Defendants be awarded their costs of suit; and

d.  That the Pillsbury Defendants be awarded such other and further relief as the Court sees fit.

DATED: May 19, 2025

By:  ___*/s/ Ari M. Berman*___
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Ari M. Berman
*ari.berman@pillsburylaw.com*
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1264

*Counsel for Defendants Hub Cyber Security Ltd., Hugo Goldman, Uzi Moscovich, Zeev Zell, Moshe Raines, Manish Agarwal, Moti Franko, and Matthew Kearney*

23