

Daniella Quitt
dquitt@glancylaw.com
745 Fifth Ave, FL 5
New York, New York 10151
T: 212-935-7400

October 10, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *In re Hub Cyber Security Ltd.*, Master File No. 1:23-cv-05764-AS

Dear Judge Subramanian:

We represent Lead Plaintiffs Aryeh Agam and Shimon Aharon and additional plaintiffs Rodrigue Fodjo and Dustin Green (collectively, "Plaintiffs") in the above-referenced action (the "Action"). We are pleased to report that, following mediation, the parties have agreed to the material terms of a settlement of the Action subject to Court approval.

Both sides respectfully request that the Court stay all deadlines pending final approval of the proposed settlement. (ECF Doc. No. 131.) Plaintiffs anticipate filing a Motion for Preliminary Approval, along with a Stipulation and Agreement of Settlement and the several documents related thereto (including, the Preliminary Approval Order, Long Notice, Summary Notice, Postcard Notice, Claim Form, and Judgment) within the next 60 days.

Counsel for the parties are available should the Court have any questions.

Respectfully submitted,

 /s/ *Daniella Quitt*
Daniella Quitt