UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HUB CYBER SECURITY LTD | Case No. 1:23-cv-05764-AS<br><br>Hon. Arun Subramanian |

**NOTICE OF PLAINTIFFS' MOTION FOR (I) PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT; (II)
CERTIFICATION OF THE SETTLEMENT CLASS; AND
(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Court-appointed lead plaintiffs Aryeh Agam and Shimon Aharon and named plaintiffs Rodrigue Fodjo and Dustin Green (collectively, "Plaintiffs"),[1] on behalf of themselves and all others similarly situated, hereby respectfully move this Court for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the putative Settlement Class for purposes of settlement only; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) setting a date for a final Settlement Hearing and deadlines for providing notice of the Settlement, the filing of Settlement Class Member objections, the submission of Settlement Class Member requests for exclusion, the filing of Plaintiffs' motion for final approval of the Settlement, and the filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses.

This motion is based upon the concurrently filed Memorandum of Law, the Quitt Declaration, and other such matters and argument as the Court may consider at the hearing on this motion. For all of the reasons set for therein, Plaintiffs respectfully request that the Court enter the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated December 9, 2025, which is attached as Exhibit 1 to the concurrently filed Declaration of Daniella Quitt in Support of: (I) Plaintiffs' Motion for Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class ("Quitt Declaration").

Dated: December 9, 2025

Respectfully yours,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Daniella Quitt*
Daniella Quitt
745 5TH Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400
Email: dquitt@glancylaw.com

Joseph D. Cohen (admitted *pro hac vice*)
Casey E. Sadler (admitted *pro hac vice*)
Christopher R. Fallon (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email:  jcohen@glancylaw.com
           csadler@glancylaw.com
           cfallon@glancylaw.com

**THE LAW OFFICE OF JACOB SABO**
Jacob Sabo
22a Mazzeh St. Tel-Aviv, Israel
Telephone: (++972) 39070770
Email:   jsabo53@gmail.com

*Counsel for Plaintiffs and Co-Lead Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

*Counsel for Additional Plaintiffs Rodrigue Fodjo and Dustin Green*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Daniella Quitt*
Daniella Quitt
