**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE HUB CYBER SECURITY LTD | Case No. 1:23-cv-05764-AS<br><br>Hon. Arun Subramanian |

**DECLARATION OF DANIELLA QUITT IN SUPPORT OF: (I) PLAINTIFFS'**
**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II)**
**CERTIFICATION OF THE SETTLEMENT CLASS; AND**
**(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

I, Daniella Quitt, declare the following pursuant to 28 U.S.C. §1746:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of New York and admitted to practice before this Court.  I am a partner in the law firm of Glancy Prongay & Murray LLP, lead counsel for Court-appointed lead plaintiffs Aryeh Agam and Shimon Aharon and named plaintiffs Rodrigue Fodjo and Dustin Green (collectively, "Plaintiffs") in the above-entitled action.  I submit this declaration in support of Plaintiffs' Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class.  I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.      Attached as **Exhibit 1** is a true and correct copy of the Stipulation and Agreement of Settlement dated December 9, 2025.

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts from a report by NERA Economic Consulting, authored by Edward Flores and Svetlana Starykh, and titled *Recent Trends in Securities Class Action Litigation: 2024 Full-Year Review* (NERA Jan. 22, 2025).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of December, 2025, in New York, NY.

*/s/ Daniella Quitt*
Daniella Quitt

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 9th day of December 2025, I caused a true and correct copy of the foregoing document to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Daniella Quitt*
Daniella Quitt