**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE HUB CYBER SECURITY LTD.

Master File No. 1:23-cv-05764-AS

**DECLARATION OF MATTHEW SILLADY CONCERNING**
**THE CAFA NOTICE MAILING**

I, Matthew Shillady, declare as follows:

1.      I am the Director of Operations of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five-hundred fifty (550) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.      At the request of Defendants' Counsel, Pillsbury Winthrop Shaw Pittman LLP, on December 16, 2025, SCS mailed a notice of proposed class action settlement, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), to the appropriate federal and state officials, by certified return receipt through the United States Postal Service.  The mailing consisted of: (i) a letter regarding the Settlement approved by Defense Counsel describing the mailing (the "CAFA Letter"); and (ii) a CD-ROM containing copies of the documents referenced in the CAFA Letter.  Attached as **Exhibit A** is a copy of the CAFA Letter that SCS mailed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of December 2025, in Media, Pennsylvania.

Matthew Shillady